United States District
Court
District of Connecticut

James McKinnon    Case no. 3:03 CV 158 (JCH)(HBF)
100 770
Plaintiff
                              December 10, 2003

V.

Linda Messenger, Etal
Iris Prescott
Helen Dorsey
Defendants'   Individual Capacity

    Plaintiff motion is To Ruling
    and Order Dated August 18, 2003
    for U.S. Marshal Service on
    Defendants.

1. Plaintiff James McKinnon prose moves the Court respectfully for immediate assistance to directe the U.S. Marshal To service papers from The Court.

Plaintiff has no evidence of his attempts To service provided, amended complaint, 285

                           By: James McKinnon
                           James McKinnon prose
                           Walker Reception
                           1151 East Street South
                           Suffield CT 06078

- U.S. Marshal Service Form's) Waiver of Service of Summons Form for each defendant in her individual capacity and notices of Lawsuit and Waiver of Summons Form and one Waiver of Service of Summons Form for each defendant in her official copies of the amended complaint.

2. Plaintiff has complete and return the enclosed forms and the copies of the Amended complaint within Twenty days of the date of this order.

3. Plaintiff has not receive his no. 3 notice of Service of Copy.

Respectfully request for assistance.

By: *James McKinnon*
James McKinnon, pro se
Walker Reception
1151 East Street South
Suffield CT, 06078

4. Plaintiff James McKinnon is a citizen of United States who presently resides at Walker Reception Correctional 1151, East Street South Suffield CT, 06078

Inmate number 100 770

5. Defendant Linda Mesenger is a citizen of United States whose address is Garner Correctional 50' nunnawauk Road NewTown Connecticut, 06470

An

6. Defendant Iris Prescott is a citizen of United States whose address is Garner Correctional 50' nunnawauk Road NewTown Connecticut, 06470

7. Defendant Helen Dorsey is a citizen of United States whose address is Garner Correctional 50' nunnawauk Road NewTown Connecticut, 06470

By× _James McKinnon_
James McKinnon pro se
Walker Reception
1151, East Street South
Suffield CT, 06078

## Certificate

James McKinnon case, no. 3:03CV158(JCH)(HBF)
   100 770
   Plaintiff
                        December 10, 2003
V.

Linda Messenger, ETal


Plaintiff above respecfully certifces Through This aTTachmenT This clam To be True and To The besT of my ability offirmed.

                        Bgx  James McKinnon
                        ─────────────────────
                          James McKinnon prose