UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER<br>CIVIL NO. 3:03CV158 (JCH) (HBF) |
| V. | : | |
| LINDA MESSENGER, ET AL. | : | JANUARY 2, 2004 |

**APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants, in the above-captioned case.

Dated at Hartford, Connecticut, this 2nd day of January, 2004.

> DEFENDANTS
> Linda Messenger, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: _____
> Richard T. Couture
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT 06105
> Tel: (860) 808-5450
> E-Mail: richard.couture@po.state.ct.us
> Federal Bar #ct05480

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of January, 2004:

James McKinnon #100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

_____
Richard T. Couture
Assistant Attorney General