FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 20 P 1: 21

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER<br>CIVIL NO. 3:03CV158 (JCH)(HBF) |
| v. | : | |
| LINDA MESSENGER, ET AL. | : | JANUARY 16, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), the defendants move for an extension of time to February 20, 2004 within which to file an answer or other responsive pleading in this case. In support of this motion, the defendants represent:

1. Undersigned counsel needs additional time to review pertinent medical records and interview correctional health care staff who may have information relevant to the plaintiff's complaint.

2. There have been no prior requests for an extension of time in this matter and the time for filing a responsive pleading has not yet run.

3. Because this is a *pro se* action involving a prison inmate, the undersigned has not attempted any communication with the plaintiff to determine his position regarding this request as is normally required under Rule 7(b)(3) of the Local Rules of Civil Procedure.

DEFENDANTS
Linda Messenger, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05480
E-Mail: richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of January, 2004:

James McKinnon #100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Richard T. Couture
Assistant Attorney General

2