United States District Court
District of Connecticut

FILED
2004 JAN 29 P 1:10
US DISTRICT

James McKinnon       Case No: 3:03CV158 (JCH)(HBF)
100 770
   Plaintiff
                                              January 23, 2004
V.

"Linda Messenger, Et Al
 And Others"

Plaintiff motion To Defendant
request Dated January 16, 2004
For Extension of Time.

1. Plaintiff James McKinnon prose Respectfully moves the court to support the motion for extensions of time in this matter, because pleading has not yet run.

By: James Lee McKinnon
James Lee McKinnon Prose
Macdougall Walker
1153, East Street South
Suffield CT 06078