UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES MCKINNON | |
| V. | PRISONER |
| | CASE NO. 3:03CV158 (JCH) (HBF) |
| LINDA MESSENGER, ET AL. | |

RULING ON MOTION FOR EXTENSION OF TIME

The defendants seek an extension of time until February 20, 2004, to respond to the amended complaint. The Motion for Extension of Time **[doc. # 13]** is **GRANTED**.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 30 day of January, 2004.

__/s/_____
Holly B. Fitzsimmons
United States Magistrate Judge