United States District Court
FILED 2004 FEB -5 P 4: 36
District of Connecticut

James McKinnon   Case, 3:03CV158(JCH)(HBF)
  100 770
  Plaintiff

V.

Linda Messenger, Etal      January 29, 2004
Iris Prescott
Helen Dorsey

Defendants   Individual   Capacity

Plaintiff motion To Amend Complaint To add 'ADA' Claim Federal Rule 28 C.F.R. § 35.190, Also To Amedment The Short Concise Statement of material facts Federal Rule 15,a,,b,.

1. Plaintiff James McKinnon pro,se Respecfully Request That under This short concise statement be amended To The material facts That was respectfull Submitted with The forth going Amended Compliant

Byx /s/ James Lee McK___
James Lee McKinnon prose
Walker Receptional unit
1153- East Street South
Suffield Connecticut
06078

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of Record this 29 Day of January, 2004

Individual Capacity
    Defendants
Linda Mesenger, ETaL
Iris   Prescott
Helen   Dorsey

Richard T. Couture
Assistant Attorney General
110, Sherman Street
Hartford, Connecticut
        06105

By x *James Lee McKinnon*
James Lee McKinnon pro se
Walker Reception Unit
1153-East Street South
Suffield Connecticut
        06078