UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 FEB -9 P 5:23

JAMES MCKINNON

V.

LINDA MESSENGER, ET AL.

PRISONER
CASE NO. 3:03CV158 (JCH)(HBF)

ORDER OF REFERENCE

The parties to this action have consented to the exercise of jurisdiction by a United States Magistrate Judge. The plaintiff signed the attached consent form on January 27, 2004, and the defendants signed the attached form on January 22, 2004.

It is hereby ordered that the case be referred to the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with the provisions of Title 28, United States Code, Section 636(c), Federal Rule of Civil Procedure 73 and the consent of the parties.

SO ORDERED this 9th day of February, 2004, at Bridgeport, Connecticut.

Janet B. Hall
United States District Judge