# United States District Court
# District of Connecticut

James McKinnon    Case 3:03CV158(JCH)(HBF)
100770
Plaintiff
                          February 16, 2004
VS.

Linda Mesenger; ETaL
Iris Prescott
Helen Dorsey
Defendants'    Individual Capacity

## Plaintiff Motion For Discovery And Inspection

1. Plaintiff James McKinnon prose Pursuat To Rule 26,a,,b,,c,,d, of Federal Rules Civil Procedure And pursuant To Rule 34,a,,b, of F.C.p. plaintiff request that the defendants produce the documents, listed herein within 30 days, either by providing the plaintiff with copies or by making them available to the plaintiff for inspection and copying.

By× James Lee McK—
James Lee McKinnon prose
MacDougall-Walker unit
1153-East Street South
Suffield Connecticut
06078

2. Any and All grievances, Complaints or other documents received by the defendants or their agents at garner Correctional medical Concerning mistreatment of mental health inmates by defendants, messenger, Prescott, Dorsey, and any memoranda, investigative files, or other documents created in reponse to such documets since June 12, 2001 To February 12, 2004.

3. Any and All policies, directives, or instructions To staff concerning requirements of mental health and general population inmates Concerning the need for personal escort To medical To Keep a process of separating for Security.

4. All sick call request sheets From the period of June 12, 2001 To February 5, 2004.

5. The plaintiff's complete medical records From June, 12, 2001 To February 12, 2004 To the date with of your response.

6. Any logs, lists, or other documentation reflecting doctor's appointments with James O'Halloran Also logs of my medical file that went down To medical.

By x _James Lee McKinnon_
James Lee McKinnon prose
MacDougall-Walker unit
1153-East Street South
Suffield Connecticut
06078

7. Any and all documents created by any Garner staff member in response to a grievance filed by the plaintiff December 18, 02 concerning his medical care.

8. Any and all documents created by any garner staff member from June 12, 2001 to February 5, 2002.

By x *James Lee McKinnon*
James Lee McKinnon prose
macDougall-Walker unit
1153-East Street South
Suffield Connecticut
06078

## Certification

I hereby certifiy that the foregoing was mailed to the defendant's attorney of Record this 16 Day of February 2004.

Defendants Individual Capacity
Linda Mesenger, Etal
Iris Prescott
Helen Dorsey

Richard T. Couture
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
          06105

By x /s/ James Lee McKinnon
James Lee McKinnon prose
MacDougall-Walker unit
1153 East Street South
Suffield Connecticut
          06078