UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JAMES McKINNON | : | PRISONER<br>CIVIL NO. 3:03CV158 (JCH)(HBF) |
| v. | : |  |
| LINDA MESSENGER, ET AL. | : | FEBRUARY 23, 2004 |

**DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT**

The defendants hereby answer the plaintiff's Amended Complaint as follows:

1. To the extent that the plaintiff's amended complaint contains allegations similar to his original complaint relating to an alleged interference with the scheduling of appointments with the Infectious Disease specialist and alleged failure to renew some pain medication, the defendants restate their answer to the original complaint and incorporate said answer herein by reference pursuant to Rule 10(c) of the Federal Rules of Civil Procedure.

2. With respect to the only new allegation which is found on page 4 of the amended complaint, the defendants are not involved in drawing blood for lab work and have no personal knowledge of any incident to which the plaintiff may be referring at page 4 of his amended complaint. To the best of the knowledge and belief of the defendants, inmates are not allowed to stand next to another inmate when blood is being drawn for obvious safety and security reasons and they are not aware of any confidentiality complaints or issues with respect to the drawing of blood at the Garner Correctional Institution.

3. With respect to the Memorandum of Law which the plaintiff attached to his Amended Complaint, no answer is required. To the extent that an answer may be required, it is denied.

**FIRST AFFIRMATIVE DEFENSE**

To the extent that this is deemed an action for money damages against the defendants in their official capacities, it is barred by the Eleventh Amendment to the United States Constitution.

**SECOND AFFIRMATIVE DEFENSE**

To the extent that this Complaint may be construed as a claim against the defendants based on alleged malpractice or negligence, it is barred by the immunity granted to State employees under Conn. Gen. Stat. § 4-165.

**THIRD AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**FOURTH AFFIRMATIVE DEFENSE**

The defendants are entitled to qualified immunity in that, at all relevant times, they reasonably believed that their conduct did not contravene any established statutory or constitutional rights and, in fact, their conduct did not violate any clearly established statutory or constitutional rights.

**FIFTH AFFIRMATIVE DEFENSE**

To the extent that the plaintiff suffered any injury at all, which injury is not apparent from the record, such injury was the direct or indirect result of his own misconduct in repeatedly and deliberately refusing to cooperate with the reasonable requests of medical staff.

**SIXTH AFFIRMATIVE DEFENSE**

With respect to the new claim regarding an alleged lack of privacy with respect to blood work, there are no allegations of any personal involvement on the part of the defendants.

**SEVENTH AFFIRMATIVE DEFENSE**

Title II of the Americans with Disabilities Act ("ADA") does not provide for individual capacity suits against state officials.

**EIGHTH AFFIRMATIVE DEFENSE**

With respect to his new claim regarding alleged lack of confidentiality while having blood drawn, the action is barred under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), for failure to exhaust available administrative remedies.  The exhaustion requirements apply to claims brought under § 1983, the Rehabilitation Act and the ADA.

```
                                        DEFENDANTS
                                        Linda Messenger, et al.

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL


                            BY:         _____
                                        Richard T. Couture
                                        Assistant Attorney General
                                        110 Sherman Street
                                        Hartford, CT  06105
                                        Federal Bar #ct05480
                                        E-Mail:  richard.couture@po.state.ct.us
                                        Tel.: (860) 808-5450
                                        Fax: (860) 808-5591
```

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 23rd day of February, 2004:

James McKinnon, No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Richard T. Couture
Assistant Attorney General