United States District **FILED**

Court

District of Connecticut

2004 MAR 22 P 4: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon     Civil 3:03CV158(JCH)(HBF)

vs.

Linda Messenger, ETaL     March 14, 2004
Iris Prescott
Helen Dorsey
Defendants         Individual Capacity

Plaintiff motion To Amend Complaint To add Claim for Relief Federal Rule 8.(a)(3). Also To add (ADA) Claim Federal Rule 145 F.R.D. 339, 348 (S.N.Y. 1993) Permitting prisoner's To amend Complaint To add an (ADA) claim). Also memorandom.

1. Plaintiff James McKinnon prose respecfully motion ThaT under This short concise statement be amended To The material facts That was Submitted with The The forth going Amended Complaint.

By James Lee McKinnon
James Lee McKinnon prose
MacDougall-Walker Unit
1153-East Street South
Suffield Connecticut
06078

(1)

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this <u>14th</u> Day of march 2004.

Defendants Individual Capacity
Linda Messenger, Et al
Iris Prescott
Helen Dorsey
_____

Richard T. Couture
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
      06105

By: *James Lee McKinnon*
James Lee McKinnon Prose
MacDougall-Walker Unit
1153- East Street South
Suffield Connecticut
      06078