United States District Court
District of Connecticut

FILED
2004 MAR 17 P 5:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon        Civil. 3:03CV158(JCH)(H13F)

vs.

Linda Messenger, ETAL            March 12, 2004
Iris Prescott
Helen Dorsey
Defendants Individual Capacity

Plaintiff's Motion for Settlement Conference

1. The plaintiff seeks damages from the defendants in 1983 civil right action claiming that the defendants interfernce with plaintiff schedule appointment with Infectious disease specialist, Also failure to renew pain medication.

By x /s/ James Lee McKinnon
James Lee McKinnon
MacDougall-Walker
1153 - East Street South
Suffield CT 06078

2. Pursuant to the court first scheduling order dated January 26, 2004 the plaintiff has determined that an early settlement conference would be beneficial in this case and accordingly, hereby respectfully moves this court seeking a settlement conference.

Respectfully Submitted

By: *James Lee McKinnon*
James Lee McKinnon
MacDougall-Walker
1153-East Street South
Suffield CT 06078

## Certification

I hereby Certify that the foregoing was mailed to the defendants attorney of record this 12th Day of march, 2004

Defendants Individual capacity

Linda Mesenger, ETaL
Iris Prescott,
Helen Dorsey

---

Richard T. Couture
Assistant Attorney General
110, Sherman Street
Hartford CT 06105

Byx *James Lee McKinnon*
James Lee McKinnon pro
MacDougall-Walker
1153-East Street south
Suffield CT 06078