UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER<br>CIVIL NO. 3:03CV158 (JCH)(HBF) |
| v. | : | |
| LINDA MESSENGER, ET AL. | : | MARCH 18, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants respectfully move for summary judgment in their favor for the reason that there is no genuine issue as to any material fact and the defendants are entitled to judgment as a matter of law. The undisputed facts show the following:

1. To the extent that this action may be deemed to include a claim for money damages against the defendants in their official capacity, any such claim is barred by the Eleventh Amendment to the United States Constitution.

2. The defendants did not violate any constitutional rights of the plaintiff.

3. To the extent that the plaintiff suffered any injury at all, which injury is not apparent from the record, such injury was the direct or indirect result of the plaintiff's own misconduct in repeatedly and deliberately refusing to cooperate with the reasonable requests of medical staff.

4. With respect to the new claim of an alleged lack of privacy with respect to blood work, there are no allegations of any personal involvement on the part of any of the three defendants.

5. Title II of the Americans With Disabilities Act ("ADA") does not provide for individual capacity suits against state officials.

6. With respect to the plaintiff's new claim of an alleged violation of the ADA having to do with a lack of confidentiality while having blood drawn, the action is barred under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), for failure to exhaust available administrative remedies.

7. To the extent that the plaintiff may be challenging his placement in H Block and the ADA, the defendants had no personal involvement in his placement in H Block.

8. The complaint fails to state a claim under the ADA.

9. Alternatively, the defendants are entitled to qualified immunity in that their conduct did not violate any clearly established constitutional rights.

In support of this motion, the defendants have filed herewith:

(a) Affidavit of Linda Messenger, L.P.N., with attached exhibits A through H;

(b) Affidavit of Iris Carlone, R.N., with attached exhibit A;

(c) Affidavit of Helen Dorsey;

(d) Affidavit of James O'Halloran, D.O., with attached exhibits A through G;

(e) Affidavit of Edward Blanchette, M.D.;

(f) Affidavit of Joan Dobson, R.N.;

(g) Affidavit of Barbara Straiton, L.P.N., with attached exhibit A;

(h) Local Rule 56(a)1 Statement; and

(i) A Memorandum of Law.

                                      DEFENDANTS
                                      Linda Messenger, et al.

                                      RICHARD BLUMENTHAL
                                      ATTORNEY GENERAL

BY:    /s/_____
        Richard T. Couture
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct05480
        E-Mail:  richard.couture@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Summary Judgment was sent by first class mail, postage prepaid, this 18th day of March, 2004, to:

James McKinnon, No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

        /s/_____
        Richard T. Couture
        Assistant Attorney General