**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| | | PRISONER |
| JAMES McKINNON | : | CIVIL NO. 3:03CV158 (JCH)(HBF) |
| v. | : | |
| LINDA MESSENGER, ET AL. | : | MARCH 18, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that defendants, Linda Messenger, et al., have manually filed the following documents:

a.  Affidavit of Linda Messenger, L.P.N., with attached exhibits A through H;
b.  Affidavit of Iris Carlone, R.N., with attached exhibit A;
c.  Affidavit of Helen Dorsey;
d.  Affidavit of James O'Halloran, D.O., with attached exhibits A through G;
e.  Affidavit of Edward Blanchette, M.D.;
f.  Affidavit of Joan Dobson, R.N.;
g.  Affidavit of Barbara Straiton, L.P.N., with attached exhibit A; and
h.  Attachments A (Administrative Directive 9.6) and C (Ruling and Order July 24, 2001 AHN) to Defendants' Memorandum in Support of Motion for Summary Judgment.

These document have not been filed electronically because

[ X]    the documents cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

Respectfully submitted,

_/s/_____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Phone: (860) 808-5450
Fax: (860) 808-5591
E-mail: richard.couture@po.state.ct.us
Federal Bar No. ct05480

**CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Manual Filing was sent by first

class mail, postage prepaid, this18th day of March, 2004, to:

James McKinnon, No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080


                                              __/s/_____
                                              Richard T. Couture
                                              Assistant Attorney General