UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:03CV158(JCH)(HBF) |
| VS. | : | |
| | : | |
| LINDA MESSENGER, ET AL. | : | MARCH 23, 2004 |

**DEFENDANTS' MEMORANDUM IN OPPOSITION**
**TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

**I.      INTRODUCTION**

The plaintiff's complaint in this case was served on the defendants in November, 2003. The defendants filed their Answer to the complaint on January 22, 2004. The plaintiff then moved to amend his complaint on January 29, 2004 by adding an "ADA" claim. The defendants filed an Answer to the Amended Complaint on February 23, 2004. On March 18, 2004, the defendants filed a Motion For Summary Judgment with accompanying affidavits and memorandum of law. On March 19, 2004, counsel for defendants received yet another motion to amend the complaint from the plaintiff which is dated March 14, 2004. For the foregoing reasons set forth below, this most recent motion to amend the complaint should be denied.

**II.     ARGUMENT**

" 'An amended pleading is one which clarifies or amplifies a cause of action which can be identified with certainty as the same cause of action originally pleaded or attempted to be pleaded, and it is a perfection of an original pleading rather than the establishment of a new cause of action.' " <u>Klos v. Haskell</u>, 835 F.Supp. 710, 715 n.3 (W.D.N.Y. 1993) (internal citation omitted). A supplemental pleading, on the other hand, covers matters occurring subsequent to

the filing of the original complaint that relate to the original pleading.  Id.  When evaluating the propriety of a motion to amend a complaint under Fed. R. Civ. P. 15(a), the Court must consider several factors including undue delay, bad faith, dilatory motive, undue prejudice and the futility of the Amendment.  See, Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct 227, 230 (1962); Hemphill v. Schott, 141 F.3d 412, 420 (2d Cir. 1988).  The courts have routinely refused to allow an amended or supplemental pleading which seeks to raise claims which are substantially different from the claims raised in the original pleading and which involve evidence which was available at the time of the original filing.  See, e.g., Pallotino v. City of Rio Rancho, 31 F.3d 1023, 1027 (10th Cir. 1994), Fuller v. Secretary of Defense, 30 F.3d 86, 89 (8th Cir.), cert denied, 513 U.S. 1019 (1994) Chaveriat v. Williams Pipe Line Co., 11 F.3d 1420, 1428-29 (7th Cir. 1993); Berger v. Edgewater Steel Co., 911 F.2d 911, 924 (3d Cir. 1990), cert. denied, 499 U.S. 920 (1991); Ansam Assoc, Inc. v. Cola Petroleum Ltd., 760 F.2d 442, 446 (2d Cir. 1985).

In the present case, the plaintiff's most recent proposed amendment appears to be virtually identical to the amended complaint which he filed on January 29, 2004.  The defendants have already answered that amended complaint and have filed a motion for summary judgment directed to that amended complaint.  In view of the fact that this most recent proposed amendment adds nothing to the case, there appears to be no purpose to its filing other than delay and harassment.

### III. CONCLUSION

For all the foregoing reasons, the plaintiff's Motion To Amend The Complaint dated March 14, 2004 should be denied, and the plaintiff should be instructed to respond to the defendants' pending Motion For Summary Judgment.

>                        DEFENDANTS,
>                        Linda Messinger, et al.
>
>                        RICHARD BLUMENTHAL
>                        ATTORNEY GENERAL
>
>
>                        BY: /s/_____
>                        Richard T. Couture
>                        Assistant Attorney General
>                        Federal Bar No. ct05480
>                        110 Sherman Street
>                        Hartford, CT  06105
>                        Telephone No.: (860) 808-5450
>                        Fax No.: (860) 808-5591
>                        richard.couture@po.state.ct.us

### CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 23rd day of March, 2004 to:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

>                        ___/s/_____
>                        Richard T. Couture
>                        Assistant Attorney General