# United States District Court
# District of Connecticut

FILED
2004 APR 12 P 2: 41
US DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon    Civil no. 3:03CV158(JCH)(HBF)

VS.

Linda Messenger ET,aL    March 30, 2004

Defendants Individual Capacity

Brief in Opposition To Defendants Summary Judgment Motion; Argument Point 'I' There are genuine Issues of Material Fact That preclude Summary Judgement for the Defendant on the Plaintiff's Interfering with medical appointments claim.

This is a § 1983 action filed by a prisoner at the Connecticut Department of Correction MacDougall Correctional Facility seeking damages a declaratory judgment based on the denial of medical care. Defendants have filed a motion for Summary judgment as to the plaintiff denial of medical care claim against defendants Linda Messenger, Iris Prescott and Helen Dorsey, arguing that their conduct did violate the Constitution.

By: /s/ James Lee McKinnon
James Lee McKinnon prose
MacDougall Correctional
1153-East Street South
Suffield Connecticut
06080

1. Summary judgment is to be granted only if the record before the court shows "That there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law."

2. Rule 56, E, Fed. R. Civ. P. A material "Fact is one that might affect the outcome of the suit under the governing law." Anderson v. Liberty Lobby, Inc 477 U.S. 242, 248 (1986).

3. The affidavits of the plaintiff and the defendants are squardly contradictory as to how defendants interference with plaintiff schedul medical appointments with infectious disease specialist.

4. The allegations in the plaintiff's affidavit portray a completely needless use of force against an inmate who was locked in his cell and was atteming to cooperate. There is clearly a genuine issue of fact.

5. The factual dispute is also material. Under the governing law, whether the defendants' interference with plaintiff schedul Doe v. Meachum medical oppointments violates the Eighth Amendment depends on whether it was applied in a good-faith effort or to cause harm. Hudson v. McMillian U.S. 112 S.Ct. 995, 998-99 (1992); Whitley v. Albers, 475 U.S. 312, 320-21, 106 S.Ct. 1078 (1986).

By x _James Lee McKinnon_
James Lee McKinnon pro se
MacDougall-Correctional
1153-East Street South
Suffield Connecticut
06080

6. The facts alleged by the plaintiff are evidence Exhibit 'A' that the defenants were acting maliciously and sadistically to cause harm," They would support a jury verdict in the plaintiff's favor. Boretti v. Wiscomb, 930 F.2d 1150, 1154-55 (6th Cir. 1991) (prisoner could get damages for failure to treat his wound even though it had healed) Hathaway v. Coughlin 841 F.2d 48 (2d Cir 1988) (claim for delay in surgery should not have been dissed after the surgery was performed) H.C. by Hewett v. Jarrard, 786 F.2d 1080, 1083, 1087 (11th Cir. 1986) (damages awarded for three-day denial of medical care with no permanent injury resulting) Robinson v. Moreland, 655 F.2d 887, 890 (8th Cir 1981) West v. Keve, 571 F.2d 158 (3d Cir 1978) similar to Hathaway) Isaac v. Jones 529 F. Supp. 175, 180 (N.D. Ill 1981).

7. Testimony that would support a finding of the allegation's are Exhibit 'A' nurse Pat Riddle is a citizen of United States whose address is Garner Correctional 50 'nunnawauk Road newtown Connecticut 06470.

8. Plaintiff has a copy of a grievance from thats' for this day in court support to show defendant Linda Mesenger nurse act with deliberate indifference again; after defendant stop plaintiff appointments, —

By_x_ /s/ James Lee McKinnon
James Lee McKinnon prose
MacDougall-Correctional
1153-East Street South
Suffield Connecticut
06080

Exhibit 'A'

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601/2
Rev. 10/07/02

| Inmate Name | James Lee McKinnon | Inmate no. | 100770 |
|---|---|---|---|
| Facility | Garner | Housing unit H-Unit-209 | Date 1-10-03 |

☐ Line grievance  ☐ Line emergency  ☐ Health grievance  ☐ Health emergency

IGP no. 136        T no. 19

Use this form to appeal a Level 1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.

**Appeal.** I am appealing the Level 1 decision because: Linda, mesenger nurse. act with (deliberate-indifference) she know that I face a substantial risk of serious harm and disregards that risk by failing to take reasonable conduct. by a (18) day delay and denial of medical care. and a same negligent of mistreatment after I was with the doctor James. O'Halloran came 1-8-03

Inmate signature: James Lee McKinnon       Date: 1-10-03

### FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons: Faxed order on 1/21/03 by P. Riddle RN

```
CORRECTIONAL MANAGED HEALTH CARE
MCKINNON, JAMES L           CHESHIRE CC-125X
I00100770       Rx: 6868385 QTY: 1 BTL
Dr. O'HALLORAN, JAMES
ACETAMINOPHEN 325MG BOT #24            KOP
TYLENOL 325MG G Start: FEB.26.03 Stop: APR.22.03
TAKE 1 TO 2 TABLETS EVERY 6 HOURS AS NEEDED.
BTL OF 24, REFILL ON REQUEST ONLY
```

Level 2 reviewer

☐ This grievance may be appealed within 5 days to Level 3

☐ This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

**Appeal.** I am appealing the Level 2 decision because:

| Inmate signature | | Date |
|---|---|---|

Deposit your appeal in the box for inmate grievances

### FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Continue From ,8,

I Plaintiff came from the doctor's appointment that was with Dr. James O'Halloran on 1/8/03 defendant Linda Messenger did not reorder my medications again.

9. I Plaintiff went and ask this nurse and she fax it and gave me her signature that I ask for to have for this day. Supporting Facts Exhibit "A" was fax 1/21/03.

## Conclusion

For the foregoing reason, the defendant's motion for Summary judgment should be Denied.

By x */s/ James Lee McKinnon*
James Lee McKinnon prose
MacDougall-Correctional
1153- East Street South
Suffield Connecticut
06080

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record Also though this attachment this claim to be true and to the best of my obility on this <u>30th</u> Day of march 2004.

Individual Capacity Defendants

Linda Mesenger ETaL
Iris Prescott
Helen Dorsey

Richard T. Couture
Assist Attorney General
110, Sherman Street
Hartford Connecticut
      06105

By _/s/ James Lee McKinnon_
James Lee McKinnon prose
MacDougall-Correctional
1153-East Street South
Suffield Connecticut
      06080