United States District Court
District of Connecticut

FILED
2004 APR 12 P 2:41
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon           Civil no. 3:03CV158(JCH)(HBF)
   VS.
Linda Messenger ETaL       March 30, 2004
Defendants Individual Capacity

Declaration in Opposition To Defendants'
Motion For Summary Judgment.

1. I am the plaintiff in the above entitled case. I make this declaration in opposition to defendants motion for summary judgment on my claim concerning the interference with plaintiff schedul appointments with Infectious Disease specialist defendants, Linda Mesenger, Iris Prescott, Helen Dorsey.

By x  /s/ James Lee McKinnon
James Lee McKinnon prose
macDougall-Correctional
1153-East Street South
Suffield Connecticut
06080

(1)

2. The Defendants affidavits claim in Summary paragragh (26) That nurse Prescott informed nurse-messenger on december 18, 2002 that Plaintiff Mr. McKinnon prose wanted to see the I.D. Specialist; and that defendant Messenger asked her to meet with plaintiff to determine why he wanted an emergency appointment with Dr. James O'Halloran.

3. Also That nurse Prescott Took plaintiff James McKinnon into a room to speak with him privately to question me again why I wanted to see the doctor O'Halloran.

4. The Defendants are not entitled to Summary judgment because There are genuine issues of material fact in Exhibits to be resolved. These issuess are identified in the accompamying statement of Disputed factual issues filed by the plaintiFF pursuant To Rule 56.e, of The Local Rules of This district court.

5. On 11-25-02 plaintiff prescribed Acetaminophen stop and the nurse nickea said she can't give it not a thing.

6. And That I need to Scheduled a appointment in a medical Log Book She scheduled it.

Byx _James Lee McKinnon_
James Lee McKinnon prose
MacDougall-Correctional
1153-East Street South
Suffield Connecticut
06080

②

7. Plaintiff went to his cell, my cell open "15 min" later officer said I was to go back down to medication window to nurse.

8. It was for Plaintiff to request the doctor I need to see, I said Dr. James O'Holloran,.

9. I have one Doctor but she don't no it, was a new nurse name nickea.

10. Plaintiff said the Special Doctor because the officer's was by, then went to my cell.

11. And put a cold face cloth over my face to help stop my headache, at the same time my eyelid I have to cover from light sometime when headache's come.

12. Contrary to defendants affidavits during these events I did not threaten defendant Iris Prescott any fashion or break any prison rules rather I just ask Prescott for a statement on a Inmate request that I made out befor she came back to my cell, it's dated 1-15-03.

13. The request was explained to Prescott then she gave plaintiff her original signature.

By x _____
James Lee McKinnon pro se
MacDougall-Correctional
1153- East Street South
Suffield Connecticut
06080



# Inmate Request Form
## Connecticut Department of Correction

CN ?
Rev. 1.1

**Inmate Name:** James McKinnon
**Inmate no.:** 100-770
**Facility:** Garner
**Housing unit:** H-Unit 209
**Date:** 1-15-03

**Request:** Nurse Miss, Iris on-12-18-02 AT 12:00pm when you came to my cell and ask me what Doctor I needed to see, and I said mr. James O'Halloran. Then you left. I need to know the person who ask you to tell me why at 2:00pm the reason I need to see the doctor when →

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Submitted to:** Iris Prescott
**Date:** 1-15-03
**Acted on by:** Iris Prescott

**Action Taken and/or Response:**
I was asked by the ID nurse to ask you what the reason was you needed to see the doctor for, and because you did not give a reason, they would not see you until your next scheduled appointment unless it was an emergency.

(continue on back if necessary)

**Response to Inmate Date:** 1-15-03
**Staff Member Signature:** Iris R. Prescott

④

Exhibit

*James Lee McKinnon*

you Took me in The p-s-w office I had To wate Twenty eight day's for The next oppointment because That one was cancel and my medical need was The medication That Stop 11-25-02   and other serous Things.

*James Lee McKinnon*
100770
H-unit
209

14. The foregoing factual allegations create a genuine issue of material fact and will, if proved a Trial, entitle me to judgement, as explained in the brief submitted with this declaration.

---

### Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record; Also though this attachment this claim to be true and to the best of my ability on this <u>30th</u> Day of March 2004.

Individual Capacity Defendants

Linda Mesenger ET aL
Iris Prescott
Helen Dorsey

---

Richard T. Couture
Assist Attorney General
110, Sherman Street
Hartford Connecticut
    06105

By: *[signature]*
James Lee McKinnon Prose
macDougall - Correctional
1153 - East Street Soth
Suffield Connecticut
    06080

⑥