United States District
Court
FILED

2004 APR 12 P 2: 41

District of Connecticut

U.S. DISTRICT COURT
BRIDGEPORT. CONN

James McKinnon    Civil no. 3:03CV158(JCH)(HBF)

VS.

Linda Messenger ETaL        march 30, 2004

Defendants        Individual Capacity

Plaintiff's Statement of Disputed Factual
Issues.

Defendants have moved for Summary
judgment on the plaintiff's claim concerning the
interference with plaintiff schedul medical appoint-
ments. Pursuant to Local Rule 56(E) of this court,
the plaintiff submits the following list of genu-
ine issues of material fact that require the
denial of the defendants motion.

By x _James Lee McKinnon_

James Lee McKinnon prose
MacDougall- Correctional
1153-East Street South
Suffield Connecticut
                06080

1. Defendant Helen Dorsey is a citizen of United States whose address is Garner Correctional 50' nunnawauk Road newTown ConnecTicuT. 06470.

2. Who is employed as medical administrator at The Time of Claim.

3. DefendanT was ask To STop defendanT Linda messenger from interfering with plainTiff doctor's appointments, ExhibiT 'A' is Clinical record That has plainTiff ~~Show~~. down for no show.

4. PlainTiff inmate request was submitted 10-28-02- with The same problem again with nurse Linda messenger defendanT ExhibiT 'B; plainTiff has original That was sent To defendant Helen Dorsey.

5. On 10-24-02 I had a docTor's appointment with Dr. James O'Halloran and didn't geT To see him.

6. Two inmates from Doe v. Meachum support groups in G-uniT were sent To sick call That day but I was never called.

7. The nexT day Tony The nurse, asked me plainTiff To sign a refusal.

By x _James Lee McKinnon_
James Lee McKinnon Prose
macDougall-CorrecTional
1153-East STreeT South
Suffield ConnecTicuT
06080

8. ITS The Same problem again with linda The nurse.

9. PlainTiff Know's This because when I was with my P.S.W. ThaT's menTal health Counselor in her office for a appoinTmenT on 10-23-02 She Told me my file was down medical.

10. Since defendanT Linda messenger is The nurse who worked with docTor James O'HaLLoran and ThaT day She would have called The block To send The lisT of inmate for sick call.

11. I really needed To go To medical because of my eye This is clear deliberaTe indifference on her parT ExhibiT 'C' is CLinical Records, iT was addressed SomeTime afTer 2-10-03.

12. PlainTiff is down for a scheduled appoinTmenT 10-28-02 iTs in The Book 10-9-02 ExhibiT 'D'.

13. PlainTiff appoinTmenT is noT available ExhibiT D-1.

14. again said plainTiff was placed in The Book on 10-9-02 ExhibiT 'D-2'

15. DefendanT linda messenger conTinence plainTiff medical appoinTmenT again 10-10-01 ~ To 10-17-01 ExhibiT 'D-4'

By x _James Lee McK_____

James Lee mcKinnon pros.
macDougall-CorrecTional
1153-EasT STreet SouTh
Suffield CT 06086

Exhibit "A"

James McKinnon

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100770 | 11-9-61 |

INMATE NAME(LAST, FIRST, INITIAL)
McKinnon, James

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | (B) W H O | 6 CJ |

| DATE/TIME | |
|---|---|
| 10/21/02 MH CSWII 10:30am | S- Inmate requested to talk to MH. Inmate seen 1:1. Inmate in good spirits; discussed difficulties with various staff members so was written requests to deal with his needs. Inmate questioned notes in his mental health chart, + was advised to write to "Medical Records" if he wanted to get information from his chart. Inmate expressed positive feelings about getting a cellie, looking forward to some company and chess games. O- Talkative, appropriate affect, upbeat. A- Stable. P- Follow up 1:1 one month or as needed. _____, CSWII |
| 10-24-02 | I/m called to OPM for ID physical — I/m was no show. unavailable. |
| 10/28/02 Wrg D | (10:=) I/m had labs drawn today. Sched- uled for ID clinic 10/30/02. I/m to have ID physical done today (I/m has been in the MCC look for a physical since 10/9/02) I/m continues to be demanding R/T warden issue. Will continue to monitor. |
| 10-28-02 10:18 | ID - PE done MINGZER TUNG, M.D. (enter) not refuse PE MINGZER TUNG, M.D. Pt s his mind, ID-PE done VS T 99.5, P97, R24, B/P 140/106, O₂ SAT 99% — C.Vincent |
| add: | I/M was very angry prior to vitals being taken. Very resistant to having physical performed by M.D. Monitoring C. Vincent |
| 10/30/02 Wrg D | (10:25°) |

Exhibit *A*

*D* Exhibit

Exhibit (C)
James McKinn

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

# CLINICAL RECORD

INMATE NUMBER: 100770
DATE OF BIRTH: 11/9/4?

INMATE NAME (LAST, FIRST, INITIAL): McKinnon, James

SEX: (M) F
RACE/ETHNIC: (B) W H O
FACILITY: Garner C.I.

| DATE/TIME | |
|---|---|
| 1/27/03 10:10ᵃ | U.L. results placed in chart for MSG ID. ID. CD4 results did not arrive. Fax sent to lab for results. Will continue to monitor. — |
| 2/4/03 9 Am | S: "I need maalox. I can't take these meds ā maalox. I get give me an upset stomach." O: alternate to indigestion c̄ am meds; inmate very "demanding" and adamantly refuses 8 pm meds ā maalox. A: non-comp. r/t indigestion P: MD called; telephone order received to give inmate maalox 30 cc ā am meds. Inmate to be called to office. |
| 9:15 pm | Inmate given maalox c̄ am meds. |
| 2-10-03 14:00 | S: "I've this on my (L) upper eye lid." O: ... round mass ≈ 0.4 cm at cor of (L) upper eye lid ... A: chalazion. @ H/O HIV(+) P: Erythromycin ophth O̅i̅t̅ BID ... x 1ˢ day  MINGZER TUNG, M.D. |
| 2/13/03 2:05 pm | S: "Hey. This isn't working - my eye hurts - look at it. This is an emergency. I need to see the dr." O: Inmate presents ... (L) eyelid almost closed. Had erythromycin ophth oint in his hand stating it wasn't working. Inmate was seen @ MDSC on 2/10/03 & received Erythromycin ophth oint to place under (L) eyelid BID but inmate states |

Exhibit (C)

EXHIBIT D James McKinnon
②

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

| INMATE NUMBER 100770 | DATE OF BIRTH |
|---|---|

INMATE NAME (LAST, FIRST, INITIAL)
McKinnon James

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M F | B W H O | Garner CI |

| DATE/TIME | |
|---|---|
| 9/25/02 (2:40P) | Per Major Cadha, MD to Nsg ID write an order for extra blanket for I/M McKinnon |
| 9/27/02 | Informed I/M He starts Phase II today + will finish the IPHU program 12/27/02. Informed I/M I will be seeing him tonight 7:30 S: Alright cool. I'll do what I gotta do to finish the program etc. O: Pt. oriented 3x, Pt denies HI/SI/AH/VH @ this time. Presents Euthymic mood. Congruent affect. A: Stable P: Continue to Monitor. ———— Raymond ____ Single cell note ____ |
| 10/5/02 9:00a | He had been viewed ____ as a ____ due to chronic ____. Hence ____ single cell cts is construed to present injury to self or others |
| 10/9/02 (9:55a) Nsg ID for ID | I/M placed in the MDCC back for ID physical. Will continue to monitor. Cadha |

D¹
EXHIBIT
②

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100770 | 11-9-61 |

INMATE NAME (LAST, FIRST, INITIAL)
McKinnon, James

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | (B) W H O | 9 CI |

| DATE/TIME | |
|---|---|
| | to 9. "It feels like a cemetary here" |
| 10/2/01 | (O) IM. frustrated because of short recs - too many inmates; + agitated - Psych. sx - are stabilized on meds. Denies SI at the present time but continues to threaten possible suicide if given long sentence. In much better control. Compliant with treatment and medication. |
| | (A) MS - stable. |
| | (P) Bring name up at transfer mtg. - Offer 1:1 supportive counseling q month. Encourage IM. to attend HIV+ support group. F. Graves PSW A. |
| 10/4/05 @ 9:00 | S - _____ ___ (illegible) O - He is alert _____ and oriented x _____ (illegible) A - _____ (illegible) P - _____ meds _____ (illegible) |
| 10/10/01 | Not seen @ ID Clinic 2° time constraints. Rescheduled to 10/17/01 |
| 10/11/01 M.H. 10:30 pm | (S) "I don't have a problem w/ anyone I'm staying to myself, I wanted you to do something but I changed my mind." (O) IM was told on several occasions that he would not be celled w/ this other IM; IM denies any thoughts of SI/HI ideations or AV hallucinations at present time. (A) IM stable, speech coherent alert; IM very irritable and agitated. (P) IM put on transfer list to go to 6 block, advised IM that we still have to work together as long as he's on this block, advised IM to access M.H. |

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record, Also though this attachment this claim to be True and to the best of my ability on this 30th Day of march 2004.

Individual Capacity Defendants

Linda Mesenger ETaL
Iris Prescott
Helen Dorsey

Richard T. Couture
Assist Attorney General
110, Sherman Street
Hartford Connecticut
                06105

By x _____
James Lee McKinnon prose
macDougall-Correctional
1153-East Street South
Suffield Connecticut
                06080