FILED

UNITED STATES DISTRICT COURT  P 12: 20
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

PRISONER

| | | |
|---|---|---|
| JAMES McKINNON | : | CIVIL NO. 3:03CV158 (JCH)(HBF) |
| v. | : | |
| LINDA MESSENGER, ET AL. | : | APRIL 13, 2004 |

### DEFENDANTS' REPLY TO PLAINTIFF'S DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## I.   INTRODUCTION

In response to the defendants' motion for summary judgment, the plaintiff has filed a thirteen paragraph declaration in opposition to the motion for summary judgment and a fifteen paragraph statement of disputed facts.   It is clear from a review of these documents that the plaintiff has failed to present any evidence that would create any genuine issue of material fact.

## II.   ARGUMENT

In his declaration in opposition to defendants' motion for summary judgment, the plaintiff simply restates in a general way the allegations of his amended complaint relating to the refusal of Nurse Messenger to make an emergency referral to Dr. O'Halloran on December 18, 2002.   He does not in any way address the legitimate reasons as to why he was asked to explain his request and the appropriateness of Nurse Messenger's actions given his refusal to discuss his request.   The appropriateness of the protocol followed by Nurse Messenger was attested to by Dr. O'Halloran and Dr. Blanchette as was the absence of any need for an emergency referral to the Infectious Disease Clinic.   The plaintiff has presented no evidence that would create a

genuine issue of material fact as to the appropriateness of the actions of Nurse Prescott, Nurse Messenger and Ms. Dorsey.

The plaintiff also discusses a conversation which he purportedly had with a Nurse Nickea on November 25, 2002 regarding the need to schedule an appointment with Dr. O'Halloran. There was no mention of any such conversation in the plaintiff's amended complaint and Nurse Nickea is not a defendant in this action. Furthermore, Dr. O'Halloran has attested to the fact that there was no apparent need for any emergency referral to the Infectious Disease Clinic. The absence of any emergency became quite evident when he did agree to see the plaintiff on January 8, 2003. (O'Halloran Aff., paras. 7, 12 and 13).

In his statement of disputed facts, the plaintiff alleges that he had an appointment with Dr. O'Halloran on October 24, 2002, but did not get to see him. The amended complaint contains no allegations relating to October, 2002. A review of the medical records reflects that the plaintiff was to come to the medical unit for a physical examination on October 24, 2002, but did not show up for the appointment. (Attachment A). He was subsequently given a physical examination by Dr. Mingzer Tung on October 28, 2002. (Attachment B). As noted in the record, he was very resistant to having a physical examination performed by Dr. Tung. (Attachment A). Following his physical examination, he was seen in the Infectious Disease Clinic by Dr. O'Halloran on October 30, 2002. As attested by Dr. O'Halloran, the plaintiff was seen in the Infectious Disease Clinic at appropriate intervals and received excellent care. (O'Halloran Aff., paras. 7 and 18; Exhibit A to O'Halloran Aff.).

The plaintiff also asserts that he needed to go to the medical unit because of a problem with his eye which he claims was addressed sometime after February 10, 2003. In his amended

complaint, there is no mention of any eye problem or any failure of Nurse Messenger to address any eye problem.  A review of the medical records reflects that the plaintiff was seen by Dr. Tung on February 10, 2003 for a sore on his left eyelid.  He was seen again by Dr. Glenn Giarratana on February 14, 2003 who conducted a follow-up exam of the plaintiff's eye. (Attachment C).  The plaintiff transferred from Garner Correctional Institution to Cheshire Correctional Institution on February 25, 2003.  (Messenger Aff., para. 6).  When he next saw Dr. O'Halloran on March 12, 2003, there was no mention of any further eye problem. (Attachment D).

The plaintiff's statement of disputed facts contains allegations which are not part of the amended complaint in this action.  Even if they were part of the amended complaint, it is clear from the record that the plaintiff's medical issues were addressed in October, 2002 and February, 2003.  It is also clear from the record and the affidavits that the actions of the defendants were appropriate and in accordance with accepted practice, procedure and protocol.  The plaintiff has submitted no evidence to suggest otherwise.

## III.   <u>CONCLUSION</u>

For all of the reasons set forth herein and in the numerous affidavits and documents submitted earlier, the defendants' Motion for Summary Judgment should be granted.

DEFENDANTS
Linda Messenger, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05480
E-Mail:  richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing with attachments was sent by first class mail,

postage prepaid, this 13th day of April, 2004, to:

James McKinnon, No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

_____

Richard T. Couture
Assistant Attorney General

4

# ATTACHMENT A

HR401-REV.6/94
CONNECTICUT DEPARTMENT OF CORRECTION

# CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100770 | 11-9-61 |

INMATE NAME (LAST, FIRST, INITIAL)
McKinnon, James

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | (B) W H O | CJ |

| DATE/TIME | |
|---|---|
| 10/21/02 MH CSWII 10:30am | S- Inmate requested to talk to MH. Inmate seen 1:1. Inmate in good spirits, discussed difficulties with various staff members so also written requests to deal with his needs. Inmate questioned notes in his mental health chart, & was advised to write to "Medical Records" if he wanted to get information from his chart. Inmate expressed positive feelings about getting a cellie, looking forward to some company and chess games. O- Talkative, appropriate affect, upbeat. A- Stable. P- Follow up 1:1 one month or as needed. _____ CSWII |
| 10-24-02 | I/M called to OPM for ID physical - I/M was No Show _____ |
| 10/28/02 Nrsg ID | (10⁴⁵) I/M had labs drawn today. Scheduled for ID clinic 10/30/02. I/M to have ID physical done today (I/M has been in the MDCC book for a physical since 10/9/02) I/M continues to be demanding R/T warden issues Will continue to monitor. _____ |
| 10-28-02 10:15 | ID - PE done ___ MINGZER TUNG, M.D. (person) not requiring PE MINGZER TUNG, M.D. Not is his mind, ID-PE done VS T 99.5, P 97, R 24, B/P 140/106, O₂ SAT 99% ___ C. Vincent |
| add: | I/M was very very prior to vitals being taken. Very resistant so had physical performed by M.D. Monitoring. C. Vincent |
| 10/30/02 Nrsg ID | (10:25) lab work placed in chart _____ |

# ATTACHMENT B

HR002 REV.5/94

CONNECTICUT DEPARTMENT OF CORRECTION

# COMPREHENSIVE HEALTH HISTORY/
# PHYSICAL EXAM

| INMATE NUMBER 100770 | DATE OF BIRTH 9-7-61 |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) McKinnon, James | |
| SEX (M) F | RACE/ETHNIC B W H O | FACILITY GEI |

| PA/NURSE PRACTITIONER/CLINICIAN/RN | DOC PHYSICIAN/ID SPECIALIST MINGZER TUNG, M.D. | DATE 10-28-02 |

**BRIEF HISTORY:** H/o HIV(+) 8y 2° IVDA
H/o polysubst abuse
psych
Hc Ab
GERD
R 02

## PLEASE DOCUMENT OBSERVATION.

| A. TEMP 99.5 | PULSE 94 | RESP 24 | | K. LYMPH NODES | | |
|---|---|---|---|---|---|---|
| HEIGHT 5'9" | WEIGHT 71 | BP 140/106 | | CERVICAL: | | |
| B. HEAD/FACE/SCALP | | | | SUPRACLAVICULAR: | L | R |
| C. EYES | | | | AXILLARY: | L ∅ | R ∅ |
| PUPILS, CONJUNCTIVA, SCLERA | | | | INGUINAL: | L | R |
| FUNDOSCOPIC | | | | L. CHEST WALL | | |
| D. EARS/TM | | | | BREASTS | ∅ | |
| E. NOSE/SINUSES | | | | LUNG SOUNDS clear ∅ rale | | |
| F. MOUTH | DENTAL REFERRAL (Y/N) | | | M. CARDIOVASCULAR | | |
| TEETH/DENTURES | | | | HEART RATE/RHYTHM reg | CLUBBING ∅ | |
| FUNGAL INFECTIONS | | | | HEART MURMURS ∅ | | |
| ULCERATIONS | ∅ thrush | | | N. ABDOMEN | | |
| KAPOSI'S SARCOMA | | | | MASSES ∅ | BOWEL SOUNDS ⊕ NS | |
| PROGRESSIVE PERIODONTAL DISEASE | | | | HERNIAS ∅ | | |
| G. THROAT | | | | O. LIVER | | |
| PHARYNX/TONSILS | | | | SIZE | TENDERNESS ∅ | |
| H. NEUROLOGICAL | | | | EDGE | | |
| GAIT | | | | P. GENITALIA | | |
| CEREBELLAR FUNCTION | | | | MALE- | SCROTUM | |
| GROSS MOTOR FUNCTION | | | | PENIS: | LESIONS/DISCHARGE ∅ | |
| FINE MOTOR FUNCTION | | | | FEMALE- | PREGNANT (Y/N) | |
| REFLEXES | | | | LABIA: N/A | LESIONS N/A | |
| SENSORY FUNCTION | | | | VAGINA: | LESIONS/DISCHARGE | |
| I. MUSCULOSKELETAL | | | | CERVIX: | LESIONS/DISCHARGE | |
| BACK EXAM/ROM | | | | Q. PERIRECTAL defer | | |
| EXTREMITIES/ROM | | | | R. SKIN | | |
| DEFORMITIES/VARICOSITIES | | | | RASHES/DERMATITIS | | |
| J. MENTAL STATUS | MH REFERRAL (Y/N) | | | JAUNDICE | | |
| ORIENTATION: alert TIME PLACE PERSON | | | | TRACKS ∅ | | |
| MEMORY LOSS: SHORT TERM LONG TERM a) | | | | SURGICAL SCARS | | |
| DELUSIONS | | | | FOLLICULITIS | | |
| DEPRESSION ∅ | | | | SKIN LESIONS | | |
| SUICIDAL IDEATION | | | | KAPOSI'S SARCOMA | | |

# ATTACHMENT C

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER 100770 | DATE OF BIRTH 11/9/4+ |
| INMATE NAME(LAST, FIRST, INITIAL) McKinnon, James | |
| SEX Ⓜ F | RACE/ETHNIC Ⓑ W H O | FACILITY Garner C.I. |

| DATE/TIME | |
|---|---|
| 1/27/03 (10:10ᵃ) | V.L. results placed in chart for MMG ID ID. CD4 results did not arrive. Fax sent to lab for results. Will continue to monitor. _____ |
| 2/4/03 9 Am | S: "I need maalox. If can't take these meds ō maalox. Oft gives me an upset stomach." |
| | O: alternate to indigestion c̄ am meds. inmate very "demanding" and adamently refused 8pm meds ā maalox. |
| | A: non-comp. r/t indigestion |
| | P: MD called; telephone order received to give inmate maalox 30 cc c̄ am meds. Inmate to be called to office. Ɐ MD |
| 915 am | Inmate given maalox c̄ am meds. Ɐ MD |
| 2-10-03 14:00 | S: "I've got on my Ⓛ upper eye lid" |
| | O: pt c̄ non ____ ____ round mass ± 0.4cm at cor of Ⓛ upper eyelid ____ Box 2 |

0.4 cm

| | A: R/o chalazion. R/o HIV(+) |
| | P: Prophylaxis OPth O×1 R20 OS × 1st day K7C ____ |

**MINGZER TUNG, M.D.**

| 2/13/03 2:35pm | S: Hey, this isn't working - my eye hurts - look at it. This is an emergency. I need to see the dr." |
| | O: Inmate presents @ ____ window c̄ Ⓛ eyelid almost closed. Has erythromycin ophth oint in his hand stating it isn't working. Inmate ____ seen @ |
| | UDSC on 2/10/03 & received Erythromycin ophth oint to place under Ⓛ eyelid BID. but Inmate states ( cont. ) |

REV. 5/94
NECTICUT DEPARTMENT OF CORRECTION

LINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100770 | 11/9/61 |
| INMATE NAME (LAST, FIRST, INITIAL) | |
| McKenna James | |

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M F | B W H O | GCI |

| DATE/TIME | |
|---|---|
| (Con't from previous page) 2/13/03 3:45pm | "It's not working". MDSC called & this writer told that medical doctor had just left. Inmate to be placed on MDSC list for 1st thing in the morning. When this explained to Inmate he became upset & stated "who's down there, Linda? That's why I didn't get down there". When it was told to him that it in fact wasn't Linda, but another nurse doing MDSC, he stated "well you make sure and tell her that I'm writing her up, too. Make sure you tell her". Inmate then secured in his cell — (Sandi Delmonico RN) |
| 2/14/03 | 42 y.o.b.s c/o ⊘ concered about spot on OS cornea pt. has been rubbing eye  
P.S. PERRLA/EOMI  
⊘ lid edema  
Rinsing — stat. Minus ⊘ c OD  
p slight corneal abrasion 2°  
trauma  
p DC pt & don't traumatize eye  
Glenn Giarratana, M.D. |
| 2/15/03 (7:20P) 6:14sg. | "I want maalox !" O: I/M termed w/mew demanding maalox. Informed orders tho a.m. only. continued to demand maalox. "You know what's going to happen don't you? I'm going to write you up !" I/M demanding and confrontational and continues to threaten staff c legal ramification. R/P: Cont. to monitor |

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER 100770 | DATE OF BIRTH 11/9 |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Mc Kinnon | |
| SEX ☐M ☐F | RACE/ETHNIC ☐B ☐W ☐H ☐O | FACILITY Carver |

**INSTRUCTIONS FOR USE:** <u>Physicians must sign name and title under each order.</u> Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY     NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 1/23/03 | 1:20 P | Motrin 800mg # 8 TAB 1 TAB qid × 2 days D/C Tylenol order for 2 days And then resume NP | |
| | | DR. DENNIS R. PETERSEN, D.M.D | |
| 1/28/03 | 1:30 P | Hold Tylenol order for 5 DR. DENNIS R. PETERSEN, D.M Motrin 800 mg × 20 TAB 1 TAB 5 q PO NP | |
| 2/4/03 | 9A | maalox 30 cc's po ā PM med until seen by 10 MD. | Noted 10 AM |
| | | T.O. Dr. Krauskson / for the reaction | |
| 2/4/03 | 10:55A | ① Wellbutrin 100mg po q 1PM + 8PM | Noted |
| | | ② Clonidine 0.2mg po q 1PM + 8PM | 2/04/03 11 AM |
| | | ③ Topamax 50mg po q 1PM + 5PM | |
| | | faxed | |
| 2/5/03 | | Maal-x 30 cc po ½ hour before PM meds × 6 month | faxed |
| | | O'Hallen | |
| 2-10-03 | 1400 | Erythromyc Opth oint BID OS × 10 day MINGZER TUNG, M.D. | (change Supprax) faxed 2/10/03 |
| 2/20/03 | 930 | Clonidine 0.2mg q6° prn agitation 50 days T.O. Dr. Khristopson | |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLE**

# ATTACHMENT D

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

INMATE NUMBER: 100770
DATE OF BIRTH: 11/9/61
INMATE NAME(LAST, FIRST, INITIAL): McKinnon, James
SEX: (M) F
RACE/ETHNIC: (B) W H O
FACILITY: Garner CF

| DATE/TIME | |
|---|---|
| 1/22/03 (7 PM) | |
| S: | worried about his HIV + his skin. willing to try another HAART. S/S he experienced Nausea on Trizivir. Also c/o pain asking for tylox] |
| O | 124/52   P84   97.4   wt 177  HEENT: WNL   dry skin mild erythroderma  Lungs: CTB  HHHH  Neuro: Int M&S |
| A | Aids  Eczema  Intolerance to Trizivir. |
| P | Epivir / Zerit / Tenofovir  CD4 & HIV VL 6wks  RTC wks |

| 3/12/03 | |
|---|---|
| S: | Stopped taking meds because he did not like taking them at 8PM. willing to restart at 5pm 5PM c Tenofovir in am. Wants his TLC despite being informed that it would be clearly medically necessary. |
| O: | HEENT: dry skin near eyebrows  CTB  HHHH  Neuro: M&S  Labs: HIV vl 100 down from 5,300 |
| A: | Aids |
| P: | Restart HAART |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**FILED**

2004 APR 14 P 12: 20

U.S. DISTRICT COURT
BRIDGEPORT CONN

JAMES McKINNON                    :          PRISONER
                                  :          CIVIL NO. 3:03CV158 (CRO) (HBF)

    v.                            :

LINDA MESSENGER, ET AL.           :          APRIL 13, 2004

## NOTICE OF MANUAL FILING

Please take notice that defendants, Linda Messenger, et al., have manually filed the following documents:

Attachments A, B, C and D to Defendants' Reply to Plaintiff's Declaration in Opposition to Defendants' Motion for Summary Judgment

These document have not been filed electronically because

[ X ]    the documents cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS
Linda Messenger, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    _____
       Richard T. Couture
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT 06105
       Federal Bar #ct05480
       E-Mail: richard.couture@po.state.ct.us
       Tel.: (860) 808-5450
       Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Manual Filing was sent by first

class mail, postage prepaid, this13th day of April, 2004, to:

    James McKinnon, No. 100770
    MacDougall-Walker Correctional Institution
    1153 East Street South
    Suffield, CT  06080

                                    _____
                                    Richard T. Couture
                                    Assistant Attorney General

2