United States District Court

District of Connecticut

FILED
2004 APR 21 P 3:48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James mcKinnon Civil no. 303CV158

VS. (JCH) (HBF)

Linda Messenger; ETaL
Iris PrescoTT
Helen Dorsey

April 15, 2004

DefendanTs Individul CapaciTy

PlainTiFF MoTion for Summary JudgmenT under Rule 56 (E), Also MoTion for courT To obTain Discovery Inspection DaTed February 16, 2004,. InFormaTion obTained in discovery raises more quesTions, Regarding Privileged PaTienT DocumenT.

1. PlainTiFF James mcKinnon prose pursuanT To Local Rule 56 E, requesT This Honarable courT To noT held me in The Same STandards as an aTTorney wiTh consideraTion in The above capTion case.

By x [signature]

James Lee mcKinnon prose
macDougall-CorrecTional
1153-EasT STreeT SouTh
Suffield ConnecTicuT
06080

2. I James McKinnon prose move This court respetfully To contend under Rule 56 (E), F.R.C.P. The court at the hearing of the motion by examining the pleading's and evidence before it and by interrogating counsel shell if practicble ascertain what material facts are actually an good faith controverted; It shall there upon make an order specifying the facts that appear without substantial controversy indcluing the extent To which the amout of damages and other relief is not in controversy and directing such further proceedings in the action are juest.

By x [signature]

James Lee McKinnon prose
MacDougall-Correctional
1153-East Street South
Suffield Connecticut
06080

1. This is §1983 action filed by a prisoner at the Connecticut Department of Correction MacDougall Correctional Facility seeking damages a declaratory Jugment based on the denial of medical care.

2. Defendants have filed a motion for Summary Judgment as to the plaintiff denial of medical care claim against defendants (Linda Messenger) (Iris Prescott) and (Helen Dorsey) arguing that their conduct did violate the Constitution.

3. Summary Judgment is to be granted only if the record before the court show's that there is no genuine issue as to any material fact and that the moving party is entitled to a Judgment as a matter of law.

4. Exhibit '1' Information obtained in Discovery and Inspection of document's with Plaintiff Correctional managed health care Administration record's is this Inmate Tetreault Timothy I.D 109134 privacy importan, this is unjustified.

By x [signature]
James Lee McKinnon prose
MacDougall Correctional
1153 East Street South
Suffield Connecticut
06080

Exhibit '1' James McKinnon

Printed At: 22-DEC-2003 09:31 am

**CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD**

Page: 1 end of patient

Name: TETREAULT, TIMOTHY Sex: Male DOB: 25-FEB-1960 Age: 43 Years Weight: 0.000 Room/Bed: 140D
IM#: I00109134 Dr. Admit Date: 07-AUG-2003
Reason for Visit: No Reason Entered
Allergies: penicillin.
DOSE PERIOD: 01-JAN-2004 TO 31-JAN-2004

"... confidentiality of ... Chapter 823 of the Con... material shall not be transmitted to a... written consent or other authorization as p... the aforementioned statutes."

| Medication | | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RANITIDINE 150MG TAB (Like ZANTAC GRX)<br>Dose: 150 MG / 1 TAB KOP PO BID<br>Start: 31-OCT-2003 20:00 Stop: 27-DEC-2003 19:59<br>Take 1 TABLET BY MOUTH TWICE DAILY.<br>Dr. Chouhan, Ganpat | None | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX |
| ALBUTEROL INH, 17GM (Like VENTOLIN equiv.)<br>Dose: 2 PUFF KOP PO Q4-6H PRN<br>Start: 11-AUG-2003 08:00 Stop: 05-FEB-2004 06:59<br>INHALE 2 PUFFS EVERY 4 TO 6 HOURS AS NEEDED<br>SHAKE WELL - REFILL ON REQUEST ONLY<br>Dr. Chouhan, Ganpat | PRN | Q... i... D | | | | | | | | | | | | | | | |
| Hep B Vac 1ml IM.<br>now/ 1mo/6mo.<br>... 8/29/03 - 2/20/04 | | | ... | | | | 1/20/04 | | | | | | | | | | |
| Zantac 150mg po bid<br>x 60days<br>Chouhan 1/4/04 3/4/04 | | | | | | | | | | | | 14 | | | | | |
| Prednisone 40mg PO<br>QD<br>1/31 → 2/4 | AM | | | | | | | | | | | | | | | | ... |

Name: TETREAULT, TIMOTHY IM#: I00109134

369

Exhibit '2' James McKinnon

rinted At: 20-NOV-2003 02:25 pm

CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD

Page: 2 Continued

ame: MCKINNON, JAMES L Sex: Male DOB: 09-NOV-1961 Age: 42 Years Weight: 0.000

M#: I00100770 Dr.

eason for Visit: No Reason Entered

llergies: nkda.

Room/Bed: 125M

Admit Date: 07-JUN-2001

E130

"The confidential ... Chapter 823 of the Connecticut ... material shall not be transmitted ... written consent or other authorization ... the aforementioned statutes."

OSE PERIOD: 01-DEC-2003 TO 31-DEC-2003

| Medication | Time | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN 325MG (Like TYLENOL GRX)<br>Dose: 650 MG / 2 TAB 12/18/03 KOP PO QD 2/18/04<br>Start: ~~06-JUL-2003 08:00~~ Stop: ~~31-DEC-2003 06:59~~<br>TAKE 2 TABLETS DAILY.<br>Dr: 7220 -O'HALLORAN DO, JAMES | 800 | | | | | | | | | | | | | | | | XX |
| BASIS SOAP (Like BASIS SOAP)<br>Dose: 1 BAR KOP TOP QD<br>Start: 05-JUL-2003 08:00 Stop: 31-DEC-2003 06:59<br>USE AS DIRECTED / EXTERNAL USE ONLY<br>REFILL ON REQUEST ONLY / MAX ISSUE 1/MONTH<br>Dr: 7220 -O'HALLORAN DO, JAMES<br>(handwritten: Property) | 800 | | | | | | | | | | | | | | | | XX |
| KETOCONAZOLE 2% 15GM (Like NIZORAL CRM)<br>Dose: 1 APP / 15 GM 12/18/03 KOP TOP BID 2/18/04<br>Start: ~~05-JUL-2003 08:00~~ Stop: ~~31-DEC-2003 06:59~~<br>APPLY TO AFFECTED AREAS TWICE DAILY<br>EXTERNAL USE ONLY / REFILL ON REQUEST ONLY<br>Dr: 7220 -O'HALLORAN DO, JAMES | 800<br>2000 | | | | | | | | | | | | | | | | XX<br>XX |
| BUPROPION 100MG TAB (Like WELLBUTRIN GRX)<br>Dose: 100 MG / 1 TAB DOT PO BID<br>Start: ~~19-JUL-2003 20:00~~ Stop: ~~09-DEC-2003 07:59~~<br>TAKE 1 TABLET 2 TIMES DAILY<br>DO NOT SELF ADMINISTER 12/4/03 1/12/04<br>Dr: Wargo, Susanne 11/3 - 12/8/03 | 800<br>2000 | | | | | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX |
| CLONIDINE 0.2MG TAB (Like CATAPRES GRX)<br>Dose: 0.2 MG / 1 TAB DOT PO BID<br>Start: 19-JUL-2003 20:00 Stop: ~~09-DEC-2003 07:59~~<br>TAKE 1 TABLET 2 TIMES DAILY<br>DO NOT SELF ADMINISTER<br>Dr: Wargo, Susanne 12/8/03 1/12/04 | 800<br>2000 | | | | | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX | XX<br>XX |

Name: MCKINNON, JAMES L IM#: I00100770

613

Exhibit '3' James McKinnon

Printed At: 22-DEC-2003 03:39 pm

**CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD**

Page: 1 Continued

Name: MCKINNON, JAMES L Sex: Male DOB: 09-NOV-1961 Age: 42 Years Weight: 0.000 Room/Bed: 114B
IM#: I00100770 Dr. Admit Date: 07-JUN-2001
Reason for Visit: No Reason Entered
Allergies: nkda.

"...material shall not be transmitted ... written consent or other authorization as provided by the aforementioned statutes."

DOSE PERIOD: 01-JAN-2004 TO 31-JAN-2004

| Medication | Time | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BUPROPION 100MG TAB (Like WELLBUTRIN GRX)<br>Dose: 100 MG / 1 TAB DOT PO BID<br>Start: ~~10-DEC-2003 08:00~~ Stop: ~~13-JAN-2004 07:59~~<br>TAKE 1 TABLET 2 TIMES DAILY.<br>DO NOT SELF ADMINISTER<br>Dr. Wargo, Susanne<br>1/18/04 2/12/04 | 800<br>2000 | | | | | | | | | | | | | | | | |
| CLONIDINE 0.2MG TAB (Like CATAPRES GRX)<br>Dose: 0.2 MG / 1 TAB DOT PO BID<br>Start: ~~10-DEC-2003 20:00~~ Stop: ~~13-JAN-2004 19:59~~<br>TAKE 1 TABLET 2 TIMES DAILY.<br>DO NOT SELF ADMINISTER<br>Dr. Wargo, Susanne<br>1/18/04 2/12/04 | 800<br>2000 | | | | | | | | | | | | | | | | |
| TOPIRAMATE 25MG TAB (Like TOPAMAX)<br>Dose: 50 MG / 2 TAB DOT PO BID<br>Start: ~~10-DEC-2003 20:00~~ Stop: ~~13-JAN-2004 19:59~~<br>TAKE 2 TABLETS (50MG) TWICE DAILY.<br>DO NOT SELF ADMINISTER<br>Dr. Wargo, Susanne<br>1/18/04 2/12/04 | 800<br>2000 | | | | | | | | | | | | | | | | |
| TENOFOVIR DISOPROXIL 300MG TAB (Like VIREAD 300MG TAB)<br>Dose: 300 MG / 1 TAB KOP PO QD<br>Start: 24-JAN-2003 17:00 Stop: 31-MAY-2004 04:59<br>TAKE 1 TABLET DAILY @ 5AM WITH FOOD.<br>Dr. O'HALLORAN, JAMES | 500 | | | | | | | | | | | | | | | | |
| LAMIVUDINE 150MG (Like EPIVIR)<br>Dose: 150 MG / 1 TAB KOP PO BID<br>Start: 03-MAR-2003 20:00 Stop: 31-MAY-2004 04:59<br>TAKE 1 TABLET BY MOUTH EVERY 12 HOURS @ 5AM AND 5PM.<br>Dr. O'HALLORAN, JAMES | 500<br>1700 | | | | | | | | | | | | | | | | |

Name: MCKINNON, JAMES L IM#: I00100770

Exhibit '4' James McKinnon

**CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD**

Printed At: 22-DEC-2003 03:39 pm

Page: 3 end of patient

Name: MCKINNON, JAMES L  Sex: Male  DOB: 09-NOV-1961  Age: 42 Years  Weight: 0.000
IM#: I00100770  Dr.
Reason for Visit: No Reason Entered
Allergies: nkda.

Room/Bed: 114B
Admit Date: 07-JUN-2001

"...Chapter 823 of the ... material shall not be transmitted ... written consent or other authorization as provided by the aforementioned statutes."

DOSE PERIOD: 01-JAN-2004 TO 31-JAN-2004

| Medication | Time | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KETOCONAZOLE 2% 15GM (Like NIZORAL CRM)<br>Dose: 1 APP / 15 GM KOP TOP BID<br>Start: 05-JUL-2003 08:00 Stop: 17-FEB-2004 07:59<br>APPLY TO AFFECTED AREAS TWICE DAILY<br>EXTERNAL USE ONLY / REFILL ON REQUEST ONLY<br>Dr. 220 -O'HALLORAN DO, JAMES | 800<br>2000<br>KOP | | | | | | | | | | | | | | | | |
| PETROLATUM 454GM OINT (Like )<br>Dose: 1 APP / 454 GM KOP TOP PRN<br>Start: 04-JUL-2003 22:46 Stop: 29-DEC-2003 21:43<br>APPLY UP TO TWICE A DAY<br>EXTERNAL USE ONLY / REFILL ON REQUEST ONLY<br>Dr. O'HALLORAN, JAMES | PRN | | | | | | | | | | | | | | | | |
| Milk with pm Meds<br>12/5/03 5/31/04 | PM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Acyclovir 400mg po BID x7 days DOT<br>Start 1/12/04 Stop 1/18/04 | 8A<br>8P | | | | | | | (P) [illegible]<br>2 | [illegible] | [illegible] | STOP | | | | | | |

Name: MCKINNON, JAMES L  IM#: I00100770

BH3

Exhibit 15? James McKinnon

Printed At: 21-JAN-2004 09:14 am

**CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD**

Page: 1 Continued

Name: MCKINNON, JAMES L  Sex: Male  DOB: 09-NOV-1961  Age: 42 Years  Weight: 0.000
IM#: I00100770  Dr.
Reason for Visit: No Reason Entered
Allergies: nkda.

Room/Bed: 114B
Admit Date: 07-JUN-2001

MAR PERIOD: 01-FEB-2004 TO 29-FEB-2004

"The confidentiality of this record is protected by Chapter 899 of the Connecticut General Statutes ... material shall not be transmitted to anyone without written consent or other authorization as provided by the aforementioned statutes."

| Medication | Time | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BUPROPION 100MG TAB (Like WELLBUTRIN GRX)<br>Dose: 200 MG / 1 TAB DOT PO BID 4/2/04<br>Start: 10-DEC-2003 08:00 Stop: ~~12-FEB-2004~~ 07:59<br>TAKE 1 TABLET 2 TIMES DAILY.<br>DO NOT SELF ADMINISTER<br>Wargo, Susanne | 800 | | | | | | | XX | | | | | | XX | XX | XX | XX |
| | 2000 | | | | | | | | | | | | | XX | XX | XX | XX |
| CLONIDINE 0.2MG TAB (Like CATAPRES GRX)<br>Dose: 0.2 MG / 1 TAB DOT PO BID<br>Start: 10-DEC-2003 20:00 Stop: 12-FEB-2004 07:59<br>TAKE 1 TABLET 2 TIMES DAILY.<br>DO NOT SELF ADMINISTER<br>Wargo, Susanne | 800 | | | | | | | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX |
| | 2000 | | | | | | | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX |
| TOPIRAMATE 25MG TAB (Like TOPAMAX)<br>Dose: 50 MG / 2 TAB DOT PO BID 4/2/04<br>Start: ~~10-DEC-2003~~ 20:00 Stop: ~~12-FEB-2004~~ 07:59<br>TAKE 2 TABLETS (50MG) TWICE DAILY.<br>DO NOT SELF ADMINISTER<br>Wargo, Susanne | 800 | | | | | | | XX | | | | | | XX | XX | XX | XX |
| | 2000 | | | | | | | | | XX | | | | XX | XX | XX | XX |
| ACYCLOVIR 400MG TAB (Like ZOVIRAX GRX TAB)<br>Dose: 400 MG / 1 TAB KOP PO BID<br>Start: 14-JAN-2004 20:00 Stop: 21-JAN-2004 19:59<br>TAKE 1 TABLET 2 TIMES DAILY<br>LaFrance, Barbara | None | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX |
| TENOFOVIR DISOPROXIL 300MG TAB (Like VIREAD 300MG TAB)<br>Dose: 300 MG / 1 TAB KOP PO QD<br>Start: 24-JAN-2003 17:00 Stop: 31-MAY-2004 04:59<br>TAKE 1 TABLET DAILY @ 5AM WITH FOOD.<br>O'HALLORAN, JAMES | ~~500~~ AM | | | | | | | | | | | | | | | | XX |

Name: MCKINNON, JAMES L  IM#: I00100770

BHBB

Exhibit "6" James McKinnon

JAN-2004 09:14 am

**CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD**

Page: 3 end of patient

JAMES L Sex: Male DOB: 09-NOV-1961 Age: 42 Years Weight: 0.000

Room/Bed: 114B

Admit Date: 07-JUN-2001

: No Reason Entered

"The confidentiality of this information is protected by Chapter 823 of the Connecticut General Statutes. This material shall not be transmitted to anyone without the written consent or other authorization as provided by the aforementioned statutes."

FEB-2004 TO 29-FEB-2004

| | | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15GM (Like NIZORAL CRM) GM KOP TOP BID 003 08:00 Stop: 17-FEB-2004 07:59 D AREAS TWICE DAILY Y / REFILL ON REQUEST ONLY ORAN TO, JAMES | 800 | | | | | | | | | XX | XX | XX | XX | XX | XX | XX | XX |
| | 2000 | | | | | | | | | XX | XX | XX | XX | XX | XX | XX | XX |
| with Pm. meds dos 5/31/04 | (Pm) | | | | | | | | | | | | | | | | |

Name: MCKINNON, JAMES L IM#: I00100770

x: Male

TOPAMAX)

~~EC-2003 07:59~~

MOTRIN GR

V-2003 09:14

C-2003 21:43

ONLY

JAMES L

Exhibit "7" James McKinnon

Printed At: 20-NOV-2003 02:25 pm

**CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD**

Page: 3 end of patient

Name: MCKINNON, JAMES L  Sex: Male  DOB: 09-NOV-1961  Age: 42 Years  Weight: 0.000

Room/Bed: 125M

ID#: I00100770  Dr.

Admit Date: 07-JUN-2001

Reason for Visit: No Reason Entered

Allergies: nkda.

E130

DOSE PERIOD: 01-DEC-2003 TO 31-DEC-2003

Chapter 828 of the Connecticut ... material shall not be transmitted ... written consent or other authorization ... the aforementioned statutes.

| Medication | Time | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOPIRAMATE 25MG TAB (Like TOPAMAX)<br>Dose: 50 MG / 2 TAB DOT PO BID<br>Start: 19-JUL-2003 20:00 Stop: ~~09-DEC-2003 07:59~~<br>TAKE 2 TABLETS (50MG) TWICE DAILY<br>DO NOT SELF ADMINISTER<br>Dr. Wargo, Susanne<br>12/8/03 4/22/04 | 800 | [illegible] | [illegible] | [illegible] | [illegible] | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX |
| | 2000 | [illegible] | [illegible] | [illegible] | [illegible] | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX |
| ~~IBUPROFEN 800MG (Like MOTRIN GRN)<br>Dose: 800 MG / 1 TAB KOP PO Q6P<br>Start: 18-NOV-2003 09:15 Stop: 22-NOV-2003 09:14<br>TAKE 1 TABLET EVERY 6 HOURS AS NEEDED<br>BULK DISPENSE ON REQUEST ONLY<br>Dr. Dupont, John~~ | PRN | | | | | | | | | | | | | | | | |
| PETROLATUM 454GM OINT (Like )<br>Dose: 1 APP / 454 GM KOP TOP PRN<br>Start: 04-JUL-2003 22:46 Stop: 29-DEC-2003 21:43<br>APPLY UP TO TWICE A DAY<br>EXTERNAL USE ONLY / REFILL ON REQUEST ONLY<br>Dr. O'HALLORAN, JAMES | PRN | | | | | | | | | | | | | | | | |
| SNACK 4pm<br>2. Date | 4pm 1-4-04 | PB | STOP | | | | | | | | | | | | | | |
| Give one milk with 8pm meds<br>12/5/03 5/31/04 | 8P | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Name: MCKINNON, JAMES L  IM#: I00100770