UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JAMES McKINNON | : | PRISONER<br>CIVIL NO. 3:03CV158 (JCH)(HBF) |
| v. | : |  |
| LINDA MESSENGER, ET AL. | : | APRIL 26, 2004 |

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR COURT TO OBTAIN DISCOVERY DATED APRIL 15, 2004

**I.   INTRODUCTION**

The defendants filed a Motion for Summary Judgment with accompanying Memorandum, Affidavits and Local Rule 56(a)1 Statement on March 18, 2004. The plaintiff then filed a Declaration in Opposition to Defendants' Motion for Summary Judgment on March 30, 2004 to which the defendants filed a Reply on April 13, 2004. The plaintiff has now filed a pleading entitled Motion for Summary Judgment and Motion for Court to Obtain Discovery Inspection which pleading is dated April 15, 2004. This most recent pleading of the plaintiff consists of three pages wherein he restates in a general way the standards for granting a motion for summary judgment and attaches seven medication cards for the period December, 2003 through February, 2004.

**II.   ARGUMENT**

The nature of the plaintiff's most recent filing dated April 15, 2004 is unclear, however, it is certainly not a motion for summary judgment. The filing does not comply with any of the requirements of Rule 56 of the Fed. R. Civ. Proc. or Local Rule 56 relating to motions for summary judgment. In addition, this most recent filing does not relate to or discuss any of the

claims set forth in the Amended Complaint in this case.  Finally, the seven exhibits attached to the filing consists of medication cards for the period December, 2003 to February, 2004 which do not relate to any of the claims in this case or any of the defendants in this case.  The three defendants in this case were all employed at the Garner Correctional Institution ("Garner C.I.") when the plaintiff was residing at that facility.  All of the claims in the case relate to the actions of the three defendants at Garner C.I.  The plaintiff was transferred out of Garner C.I. on February 25, 2003 and has not returned to that facility since then.  See earlier Affidavit of Linda Messenger, para. 6 and Exhibit A to Messenger Affidavit.

At best, the most recent filing of the plaintiff can be viewed as a second response to the defendants' pending Motion for Summary Judgment.  As such, it has no relevancy to the issues which are the subject of this case and creates no genuine issue as to any material fact in this case.

### III.    CONCLUSION

For all of the reasons set forth herein and in the defendants' earlier Motion for Summary Judgment and documents filed therewith, the defendants' Motion for Summary Judgment should be granted.

                                    DEFENDANTS
                                    Linda Messenger, et al.

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL

                            BY:   /s/_____
                                    Richard T. Couture
                                    Assistant Attorney General
                                    110 Sherman Street
                                    Hartford, CT  06105
                                    Federal Bar #ct05480
                                    E-Mail:  richard.couture@po.state.ct.us
                                    Tel.: (860) 808-5450
                                    Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, this 26th day of April, 2004, to:

James McKinnon, No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

/s/_____
Richard T. Couture
Assistant Attorney General

3