United States District Court
District of Connecticut

**FILED**
2004 MAY -6 P 6: 02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon    Civil no. 3:03CV158

vs.

(JCH) (HBF)

Linda Mesenger
Iris Prescott
Helen Dorsey
Defendants   Individual Capacity

May 2, 2004

Plaintiff Opposition To Defendants Response Dated April 26, 2004, To the Plaintiff Motion for Summary Judgment and request for court to Obtain Discovery request Dated April 15, 2004 That has medical cards are not Plaintiff.

1. Plaintiff Submit the following statement of material facts at To which To contend There is genuine issue To be Tried.

By
James McKinnon prose
MacDougall-Correctional
1153 East Street South
Suffield CT, 06080

2. Plaintiff is an inmate at the Connecticut department of Correction MacDougall Correctional institution in Suffield Connecticut 06080.

3. On 2-16-04 Plaintiff sent to assistant attorney general Richard Couture the proper motion for discovery and inspection of documents.

4. Included was a request for all medical grievances field in garner correction for the period of 6-01- To 2-25-03.

5. Plaintiff request was granted, Plaintiff also received medical records cards of a Inmate Timothy Tetreault ID 109134 which housed at garner Correctional a clear privacy violation to have my confidential medical records integrated with this Inmate.

6. Becouse of this violation plaintiff motion is also for court to obtain recent Discovery inspection.

By x /s/ James McKinnon
James McKinnon pro se
MacDougall-Correctional
1153-East Street South
Suffield CT 06080

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this 2,d. Day of May 2004,

Defendants

Linda Messenger ET,aL
Iris Prescott
Helen Dorsey

Richard Couture
Assistant Attorney General
110, Sherman Street
Hartford, CT 06105

By x _____
James McKinnon prose
macDougall Correctional
1153-East Street South
Suffield CT 06080