United States District Court
District of Connecticut

FILED
2004 JUN -9 P 5:09
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon     Civil no. 3:03CV158

   VS.                    (JCH) (HBF)

Linda Mesenger, ETAL     June 8, 2004
Iris Prescott
Helen Dorsey
Defendants         Individual Capacity


Plaintiff motion for Court To Convert Defendants Motion Dated March 18, 2004 for Summary Judgement, Plaintiff Submit under Rule 12.b, Fed.R. Civ.P with Memorandum of Law in Support of The Plaintiff motion To Convert; Miller V. Glanz .948 F.2d 1562 1565 (10th Cir. 1991) Chandler V. Coughlin . 763 F.2d 110, 113 (2d Cir 1985).


1. Plaintiff James McKinnon Prose moves This Court respecfully pursuant To Local Rule 12.b, Fed R. Civ. P request This Honarable court not held Plaintiff in Same Standards as an attorney.

2. In this case plaintiff has presented absolute concerete proof of Constitutional as well as state violation.

3. Summary judgment is to be granted only if the court record before the court shows that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of Law Rule 56,E, Fed.Civ.P. A material fact is one that might affect the outcome of the suit under the governing Law.

4. Plaintiff moves this court to Please take notice defendant Linda Messenger affidavit filed march 18, 2004 with attached Exhibits has a outside Complaint prisoner Shannon Dickinson case 3:00CV1339(AHN); a decisions from July 24,2004 at Bridgeport Connecticut United States District court Judge Alan H. Nevas. Exhibit -A-.

5. Plaintiff sent 2-16-04 to Assistant Attorney general Richard Couture the proper paperwork for inspection of Documents Discvery.

By x James Lee McKinnon
James Dee McKinnon prose
MacDougall Correctional
1153-East Street South
Suffield CT 06080

6. When Plaintiff request was granted I also received the medical records of Timothy Tetreault I.D, 109134 that housed in garner C.I this is a clear violation of how to present Summary Judgement motions. Also To have my medical confidential records integrated with his, Discovery; Plaintiff have to ask whom have my records been sent to erroneously, Exhibit -I-

7. Plaintiff has clearly information included for material facts from Commissioner of Correction Lantz; also Clyde McDonald a Field Operations Director of medical. Exhibit

By x James Lee McKinnon
James Lee McKinnon pro se
MacDougall Correctional
1153-East Street South
Suffield CT 06080

## Certification

I hereby certify that the foregoing was mailed to the defendants Attorney of record this **8th** Day June 2004

Defendants Individual Capacity

Linda Messenger; ETal
Iris Prescott
Helen Dorsey

Richard T. Couture
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
06105

By x /s/ James Lee McKinnon
James Lee McKinnon Prose
MacDougall-Correctional
1153-East Street South
Suffield, CT 06080