United States District Court

District of Connecticut

FILED

2004 JUL -1  P 5:30

U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon     Case no. 3:03CV158

VS.                (JCH)(HBF)

Linda Mesenger, ETAL     June 29, 2004
Iris Prescott
Helen Dorsey
Defendats (Individual Capacity)

Plaintiff Motion is for Court To Convert Defendats Summary Judgement Motion Dated March 18, 2004, under Rule 12.b, Fed R. Civ. P. Plaintiff has Material Exhibit's 'A' 'B' 'C' 'D' 'E' for Support of the Motion To Convert, with Memorandum of Law.

Miller v. Glanz 948 F.2d 1562 1565 10th Cir 1991)
Chandler v. Coughlin 763 F.2d 110, 113 (2d Cir 1985).

1. Plaintiff James McKinnon Prose moves this court respecfully pursuant To Fed Rule 12.b, Civ. P; Also request This honarable court not To held me in the Same Standards as an attorney.

By x /s/ James McKinnon
James McKinnon prose

2. Please court review plaintiff concerns and take notce defendant Linda Messenger affidavit filed march 18, 2004 with attached Exhibits that has a outside complaint prisoner Shannon Diskinson civil no 3:00cv1339 (AHN) decisions from July 24, 2004 in Bridgeport Connecticut United States District Court Judge Alan H. Nevas Exhibit-A-.

3. Plaintiff sent on February 16, 2004 to Assistant Attorney general Richard Couture the proper paperwork for Inspection of Documents Discvery when request was granted Also medical records of Inmate Timothy TeTrealt ID 109134 Also came that house in garner Correctional.

4. This is a clear violation of Summary Judgement motion's how to present them. Also to have my medical records confidental intergrated with his is a violation, I have to ask whom have my records been sent to erroneouly Exhibit-B-.

5. Plaintiff Also have a statement that the medical cards came from Assistant Attorney general Richard Couture, Exhibit-C- is from the Correctional Managed Health Care Clyde McDonald, Also addressed by Commissoner Lantz from my Complaint on 4-23-04.

By x James McK___
James McKinnon pro se

6. Also on record a memorandum from this Assistant Attorney general Richard Couture IT, Say To court That Plaintiff disouss The Inmate medical Thats not relate Exhibit-D-.

7. Plaintiff has Also Affidavit from The Defendants Attorney of record Dated march 18, 2004 Exhibit -E-.

8. Plaintiff has Clearly material Exhibits for court. -A--B--C--D--E-.

9. The affidavits is a declaration a attorney swears Too poor To The court in facts of a situation. Exhibit's shows perjury.

By James McK—
James McKinnon prose

## Certification

I hereby certify that the foregoing was mailed to the defendants Attorney of record this <u>29th</u> Day of June 2004

Defendants Individual Capacity

Linda Messenger; ETAL
Iris Prescott
Helen Dorsey

Richard T. Couture
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
06105

By x /s/ James McKinnon
James McKinnon pro se
MacDougall C-I
1153-East Street South
Suffield CT 06080