UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JAMES McKINNON | : | PRISONER<br>CIVIL NO. 3:03CV158 (JCH)(HBF) |
| v. | : |  |
| LINDA MESSENGER, ET AL. | : | JULY 16, 2004 |

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
### MOTION FOR SUMMARY JUDGMENT
### DATED JULY 1, 2004

**I.    INTRODUCTION**

The defendants filed their Motion for Summary Judgment with accompanying Memorandum, affidavits and Local Rule 56(a)1 Statement on March 18, 2004. The plaintiff then filed a Declaration in Opposition to Defendants' Motion for Summary Judgment on March 30, 2004 to which the defendants filed a Reply on April 13, 2004. The plaintiff next filed what purported to be a Motion for Summary Judgment on April 15, 2004 to which the defendants responded on April 26, 2004. On June 8, 2004, the plaintiff filed a "pleading" requesting that the defendants' Motion for Summary Judgment be converted into a Motion to Dismiss to which the defendants filed a response on June 22, 2004. On July 1, 2004, the plaintiff filed yet another pleading consisting of two paragraphs and purporting to be a Motion for Summary Judgment.

**II.    ARGUMENT**

It is clear that this most recent filing of the plaintiff is not a motion for summary judgment and does not comply with any of the requirements under Rule 56 of the Fed. R. Civ. Proc. or Local Rule 56 relating to motions for summary judgment. This most recent filing, like

several of the plaintiff's previous filings, does not relate to or discuss any of the issues in this case. Rather, for no apparent reason, the plaintiff simply attaches a copy of the Ruling in <u>Dickenson v. Connecticut Dept. of Correction, et al.</u>, No. 3:00CV1339 (AHN) which is a Ruling which the defendants had earlier attached to their Memorandum in Support of Defendants' Motion for Summary Judgment.

This most recent pleading of the plaintiff has no relevancy to this case and creates no genuine issue of material fact in this case.

### III. <u>CONCLUSION</u>

For the reasons set forth herein and in defendants' earlier Motion for Summary Judgment and documents filed therewith, the defendants' Motion for Summary Judgment should be granted.

DEFENDANTS
Linda Messenger, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   \_\_\_\_/s/_____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05480
E-Mail: richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, this 16th day of July, 2004, to:

James McKinnon, No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____/s/_____
Richard T. Couture
Assistant Attorney General