United States District Court

District of Connecticut

FILED
2004 AUG 25 P 1:01

James McKinnon  Civil no: 3:03CV158

VS.                              (JCH)(HBF)

Linda Mesenger, ETAL      August 18, 2004
Iris Prescott
Helen Dorsy
Defendats  Individul Capacity

---

Plaintiff motion For Summary Judgment Support under Rule 56,g, affidavits made in bad faith June 22, 2004, by Defendats, also under 42 U.S.C.A. § 1988(b), (West Supp. 1997) Attorney's Fess. Federal Judges have the authority to award attorney's fees in section 1983 cases in which a prisoner has prevailed on at least one claim.

---

1. Plaintiff James McKinnon Prose moves this Court respecfully pursuant to Fed Rule 56,g, also 42 U.S.C.A. § 1988(b). Should it appear to the court at any time that any of the affidavits presented-

By x James McK
James McKinnon

1 of 3

- Pursuant To This rule are presented in bad faith The court Shall Forthwith order The party employing Them To pay To The other party The amount of The reasonble expense which The Filing of The affidavits caused The other party To incur including reasonable attorney's fee's and any offending party or attorney's my be adjuded guilty of Contempt.

2. Plaintiff grounds Also for relief Stated direct for The record defendant Linda Messenger ;ETAL affidavit Filed march 18, 2004 has The outside Complaint of a inmate Shannon Diskinson, civil no 3:00cv1339 (AHN) with a decision from july 24, 2001 in Bridgeport Connecticut a United States District judge name mr. Alan H. Nevas.

## Conclusion

Wherefore: The court Should grant plaintiff motion and order To pay The amount reasonable expenses incurred because of violation and attorney fees in The amount of $ 10.000,00 Dollar

By x James McKi—
James McKinnon prese
Corrigan Rodgowski
986, norwich newlondon
Uncasville CT 06382

2 of 3

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record on this <u>18th</u> Day of August 2004.

Linda Messenger; ETAL
Iris Prescott
Helen Dorsey

---

Richard T. Couture
Assistant Attorney General
110, Sheman Street
Hartford Connecticut
06105

By x /s/ James McKinnon
James McKinnon prose

For all the reason set forth herein with and th attached documents the plaintiff respectfully request that this motion to be granted and that summary be granted in favor of the plaintiff and relief given as request and required in monetory damages the amount of $10,000.00.