United States District Court

FILED

District of Connecticut

2004 SEP -9 P 3:56

U.S. DISTRICT COURT
BRIDGEPORT CONN

James McKinnon       Civil no. 3:03CV158

VS.                  (JCH)(HBF)

Linda Messenger, ETAL       September 7, 2004
Iris Prescott
Helen Dorsey
Defendants / Individual Capacity

## Plaintiff Moves For Appointment of Counsel Motion.

The plaintiff respectfully seeks the court to Appointment of Counsel Pro Bono in this case pursuant 28, U.S.C. § 1915.d, And 42 of the United States Code § 1988 (1999) And Conn Gen Stat § 52-400 for the following reasons the court should consider Appointment of Counsel.

1. The plaintiff James McKinnon who is currently being held AT C.R.C.I. has been granted the request to proceed without prepayment of fee or costs under 28.U.S.C.§1915, wene this case civil complaint clearly established defendants Acted under color of Law and deproved the plaintiff of Federal (guarantee) rights. Citing Berg v. Coonty of Allegheny, 219 F.3d 261 (3d Con. 200).

1 of 4

Byx James McKinnon
James McKinnon prose

2. The Court Should Consider plaintiff unable to employee Counsel pursuant 28 U.S.C. § 1915(d) for requesting Counsel representation. Citing <u>Bond v. Smith</u> 430 U.S. 817, 97 SCT 1991 (1977) and <u>IanD v. Hutto</u>. 467 F. Supp 562 (E.D.VA. 1979).

3. The court Should Consider Also appointment of Counsel where Counsel is able to explain the Applicable legal principles to the Complainant and limit litigation to potentially meritor issues. In adition. Appointment of Counsel provides The unlettened plaintiff with an opportunity To obtain the representation equally Qualified with the professional Counsel usually provided by the states for the defendants. <u>Citing wright v. Dallas County sTerifs. DepT</u>. 660 F.2d (1981) Quoting KinghTon v. Walkins, 616 F.2d 759 (5th Con 1980).

4. The Court Should Consider appointing Counsel in this case do to the plaintiff Mental Health Statuts which is relevant At All Times to this Actions see (DKT. Nos 53,60) <u>Citing Hamiltion v. Leavy</u>, 117 F.3d 742, 749 (1997).

5. The Court Should Consider appointment of Counsel in this case were the plaintiff is unable to present the case do to the lacking of legal materials, and Counsel.

By: /s/ James McKinnon
James McKinnon pro se

2 oP 4

6. Jail house Lawyer Assistance, The plaintiff has no Law school education and legal issues are To complex To litigate himself nor does The Dept. of Corrections provides adequate law library containing up To date materials for shepherdicing This case. Citing YOUGER V. Gilmor, U.S. 15 (1971) which prejudice obstructs The plaintiff position To investigate The crucial facts needed To prove The claims. citing murrell V. Bennett, 615 F.2d 306, 311 1980).

## Legal Grounds

7. This motion is filed pursuant To Civil Rights Acts 42 U.S.C. § 1983, 28 U.S.C. § 1915.d, Citing HODGE V. Police officers, 802 F.2d 58.61 (2d Cir 1986) Cent devied, 502 U.S. 996 (1991) Taborone V. Grace 6. F.3d 145, 155-58 (1993), 43 U.S.C. § 1988 (1994) Bound V. Smith 430 U.S. 817, 97 S. CT 1491 (1977). And Conn Gen stats 52 - 400c where exceptional circumstances for appointment Pro Bono Counsel reasonably demostrted and appropriate for The plaintiff justifjing merits in This case colarable for The Court To Grant This motion in Appoint Counsel. Exhibit "D"

Byx /s/ James McKinnon
James McKinnon Prose

3 of 4

## Certification

I hereby certify That The foregoing was mailed To The defendant aTTorney of Record This _____ Day of September, 2004

Defendants Individual CapaciTiTes

Linda mesenger, ETAL
Iris PrescoTT
Helen Dorsey
_____

Richard T. CouTure
AssisTanT ATTorney General
110, Sheman STreeT
HarTford ConnecTicuT
        06105

PlainTiff:
Bgx /s/ James Lee McK___
James lee McKinnon prose
Corrigan Rodgowski
CorreTional InsTiTion
986, norwich new London
Uncasville ConnecTicuT
        06382

4 of 4

# EXHIBIT D

Exhibit *illegible*

(D) James McK*illegible*

# NOTICE OF MENTAL HEALTH SCORE CHANGE

## GARNER C.I.

INMATE McKinnon, James, # 100770 has been recommended for reclassification by the treatment team from a

M.H. 4 to 3P.

Team Member Signature: _____

Psychiatrist Approval: _____

M.H. Supervisor Review: _____ 2/24/03

original:    inmate record
cc:          classification counselor

Instructions:

1. To be completed when Mental Health Classification score is in need of revision (raised or lowered).

2. Signatures shall be obtained in sequence.

3. M.H. Supervisor or designee will submit copy to classification counselor or counselor supervisor for computer entry.

4. Original to be placed in inmate record once all signatures obtained.

1/97
TJB/ht
C:\OFFICE\WPWIN\WPDOCS\MENHLTH\MHSCORCH.WPD

6 of 6