# United States District Court

## District of Connecticut

FILED 2004 SEP -9 P 3:56 U.S. DISTRICT COURT

James McKinnon
vs.

Civil no. 3:03CV158 (JCH)(HBF)

Linda Messenger, ETAL
Iris Prescott
Helen Dorsey
Defendants Individual Capacitites

September, 7, 2004

## Plaintiff's Motion for Partial Summary Judgment

Pursuant To Rule 56, Fed. R. Civ. P. plaintiff prose James McKinnon requests This court To grant him Summary judgment as To The liability of defendants Linda Messenger, and Iris Prescott, also Helen Dorsey for damages for The denial To The plaintiff of The due process of Law. The reasons There for are set forth in The plaintiff's affidavit and brief in support of The motion.

Plaintiff:
By x James Lee McKinnon
James Lee McKinnon prose
Corrigan Rodgowski
Correctional Institution
986, Norwich New London
Uncasville Connecticut. 06382

## Certification

I hereby certify that the foregoing was mailed to the defendant attorney of record this 7Th Day of September 2004,

Defendants Individual Capacities

Linda Mesenger, ETAL
Iris Prescott
Helen Dorsey

Richard T. Couture
Assistant Attorney General
110, Sheman Street
Hartford CT
        06105

Plaintiff:
By× James Lee McKinnon
James Lee McKinnon pro se
Corrigan Rodgowski
Correctional Institution
986, Norwich New London Tpk
Uncasville CT 06382