United States District
Court

District of Connecticut

FILED

2004 SEP -9 P 3: 56

U.S. DISTRICT COURT
BRIDGEPORT CONN

James mcKinnon  Civil no. 3:03CV158

VS.  (JCH) (HBF)

Linda mesenger; ETAL       September 7, 2004
Iris Prescott
Helen Dorsey
Defendants  Individual Capacitites

PLaintiff's memorandum of Law in Support

of motion for Summary Judgment

1. Plaintiff understand That The court will never weigh The evidence, weigh The evidence or find The facts, however The courts role under Rule 56, is narrowly limited To assessing; The Threshold issue of whether a genuine issue exists as To material facts requiring a Trial. See ANDERSON V. LIB-EERTY LOBLY. Inc. 477 U.S. 242, 249, ,106.CT 2505, 2510, 91 L.ED 202 (1986).

2. In This case The plaintiff have presented absolute concerete proof of constitutional as well as state violations.

Plaintiff:

Byx James Lee mckinnon

James Lee mcKinnon Prose
Corrigan Rodgowski
Corretional Instition
986, norwich new London
Uncasville Connecticut
06382

3. On January 15, 2003 The Fact That defendant Iris Prescott amitted on plaintiff inmate request That defendant Linda Mesenger on December 18, 2002, Time 12:00 pm Said To ask plaitiff The name of doctor he need's To see! I Said James O'Halloran Prescott Left.

4. Then 2: pm defendant Iris Prescott Said Linda Mesenger ask The reason I James McKinnon need To have The Scheduled appointment with Doe V. Meachum doctor James O'Halloran That I didn't get To see Him. The violation of STaTe and Constitutional and Federal Constitutional rights.

5. The Supreme Court has ruled That deliberate indifference To serious medical needs of prisoners" is cruel and unusual punishment. EsTelle V. Gamble, 429 U.S. 97, 104 (1976).

6. Courts generally agree That a medical need is "serious" if iT has been diagnosed by a physician as mandaTing TreaTmenT "Johson V. Busbee, 953 F. 2d 349, 351 (8Th Cir. 1991) Caudreault V. Municipality of Salem, Mass, 923 F.2d 203, 208 (1sT Cir. 1990),

7. a medical condiTion is serious if iT significanTly affects an individual's daily acTivities" McGuckin V. Smith, 974 F.2d 1050, 1060 (9Th Cir 1992). PlainTiff's mere headaches have had Serious consequences for him in The ComplainT alleges ThaT his migraine headaches are so serious ThaT aT Times he is unable To leave his cell, for acTiviTies

PlainTiff:
By James Lee McKinnon
James Lee McKinnon prose
Corrigan Rodgowski
Correctional InstiTion
986, Norwich New London
Uncasville Connecticut, 06382

8. McGuckin v. Smith, 974 F.2d 1050 1060 (9th Cir. 1992) ("Chronic and substantial pain "indicates that a medical need is serious); Boretti v. Wiscomb, 930 F.2d 1150, 1154-55 (6th Cir. 1991) needless pain is actionable even if There is no permanent injury) Dean v. Coughlin, 623 F. Supp. 392, 404. (S.D.N.Y.

1985) conditions That cause pain discomfort, or Threat to good health "are serious). This is true because a chief purpose of The Cruel and Unusual Punishments Clause is To prevent The unnecessary and wanton infliction of pain."

9. Roth Steel Products v. Sharon Steel Corp, 705 F.2d 134, 155 (6th Cir. 1982). What either party might or might not show on a motion for Summary judgment is simply not before The court at this point.

10. For These reasons, The Complaint sufficiently alleges a serious medical need on The part of The plaintiff

The defendants failed To allow The plaintiff To go To The medication window To get his medication also To go To medical appointment.

11. Intentionally interfering with The Treatment once prescribed is one of The forms of deliberate indifference cited by The Supreme court. Estelle v. Gamble, 429 U.S. at 105. Many decisions have held That failing or refusing To provide medication prescribed by physicians Constitutes deliberate indifference. — see

By James Lee McKinn

James Lee McKinnon
Corrigan Radgowski
986, Norwich New London
Uncasville, CT 06382

Aswegan v. Bruhl 965 F.2d 676, 677-78 (8Th Cir. 1992) Hill v. Marshall, 962 F.2d 1209, 1213-14 (6Th Cir. 1992) Johnson v. Hay 931 F.2d 456 461-62 (8Th Cir. 1991) BoneTTi v. Wiscomb, 930 F.2d 1150, 1156 (6Th Cir. 1991) Johnson v. Hardin County, Ky 908 F.2d 1280 1284 (6Th Cir 1990) Ellis v. BuTler 890 F.2d 1001, 1003-04 (8Th Cir 1989).

## CerTificaTion

I hereby cerTify ThaT The foregoing was mailed To The defendanT aTTorney of Record

This __7Th__ Day of SepTember, 2004

DefendanTs Individual CapaciTiTes

Linda mesenger, ETAL
Iris PrescoTT
Helen Dorsey

Richard T. CouTure
AssisTanT ATTorney General
110, Sheman STreeT
HarTford ConnecTicuT
           06105

PlainTiff:

Byx James Lee mckinnon
James Lee mckinnon prose
Corrigan Rodgowski
CorreTional InsTiTion
986, norwich new London Tpk
Uncasville ConnecTicuT
           06382