United States District Court
District of Connecticut

FILED
2004 SEP -9 P 3: 56
U.S. DISTRICT COURT

James McKinnon  Civil no. 3:03CV158
  VS.                            (JCH) (HBF)
Linda Mesenger, ETAL    September 7, 2004
Iris   Prescott
Helen  Dorsey
Defendants  Individual  Capacities

## Affidavit of James McKinnon

I, James McKinnon being Prose depose Say That:

I am a inmate of the depatment of Corrections, and have been sine 2001.

At The Time of This incidents, I was a inmate at The Garner Correctional Institution.

On December 18, 2001, I was a inmate at The Garner Correctional Institution as a prison.

Plaintiff:
By x James Lee McKinnon
James Lee McKinnon prose
Corrigan Rodgowski
Corretional Instition
986, Norwich New London
Uncasville Connecticut
06382

1 of 1

On November 25, 2002 plaintiff James McKinnon prescribed medication Tylenol "325 mg" was discontinued Exhibit 'A' and the unit nurse nickea said she can't give me a thing; I need a sick call scheduled doctor's appointment.

It was scheduled after I went to my cell the door open "15 min" later the unit officer said I was to go back down to the nurse office window with a serious headache, it was for me to say the doctor I need to see for ongoing problems.

That was a Doe v. Meachum doctor, but she don't know it she is a new nurse; I said the spical one because officer's was by medical window. Then I went to my cell and put a cold face cloth over my face to help stop my headache.

Linda Mesenger Also Iris Prescott stop my scheduled appointment that was available from the nurse that could not give plaintiff his medication that I was suffering from a failure to provide Tylenol "325 mg" for migraine headaches that's a side offect from medication Fluconazole that also ran out, and was not reorder.

Defendants Linda Mesenger Also Iris Prescott Act with deliberate indifference toward my serious medical need's intentionally interfering with the treatment once prescribed also violation of Eighth Eighth Amendemet.

Plaintiff:
By: James Lee McKinnon
James Lee McKinnon prose
Corrigan Rodgowski
Correctional Institition
986, Norwich New London
Uncasville Connecticut
06382

2 of 2

I James McKinnon had a doctor's appointment with Doe v. Meachum doctor James O'Halloran and didn't get to see Him on December 18, 2002.

Plaintiff has a statement That's Exhibit "B" a inmate request from, I went to the medication windo and ask defendant Iris Prescott to please come out that I need to ask her a question, Then I said you need I say on This The person That ask you To come To my cell and ask The doctor I need To see, Then you came back and ask The reason I need To see doctor Jame O'Halloran.

Plaintiff:
Byx James Lee McKinnon
James Lee McKinnon Prose
Corrigan Rodgowski
Corretional Institution
986, Norwich New London
Uncasville Connecticut
06382

3 of 3

# Claims for Relief

1. Defendant Iris Prescott came to my cell and ask the name of doctor I need to see, I said my doctor because she has the personnel records and I have a cell mate, them I said O'Halloran because that was not nomimal.

I said again it's involving the nurse Linda-mesenger, plaintiff emotional distress came

Then I was to keep my conduct stop my mental distress, and to have reasonably good conduct and not show hostility.

That's how plaintiff came up with the statement on the inmate request form, I came out my cell and said to myself when it's time to go to court ms, Iris you know that Linda is gowing to say you stop my doctor's appointment. and I have this request I need you to put the person name on it that sent you to my cell 12:pm Exhibit (A) has this defendant signature.

I went to my cell and was crying because defendant mesenger repeating the same decision in my life, to applied mental anguish in my life.

Plaintiff:
By x James Lee McKinnon
James Lee McKinnon prose
Corrigan Rodgowski
Correctional Institution
986, Norwich New London
Uncasville CT 06382

4 of 4

# Claims for Relief

2. Defendant Linda Mesenger stop my doctor scheduled appointment that was available for pain humiliation emotional distress mental anguish;

becaus of headaches and I was to stay in my cell with lights off to help stop it.

3. Defendant Helen Dorsey was ask to stop Linda Mesenger from interfering with my doctors appointments on 10-28-2002 and the same problem again with nurse mesenger.

I plaintiff was without medical care the violation, I suffered some injury such as emotional distress from the absence of proper procedures, at this time I'm not nominal from this violations

Plaintiff:
By× James Lee McK—
James Lee McKinnon prose
Corrigan Rodgowski
Corretional Instition
986, Norwich new London
Uncasville CT, 06382

5 of 5

# EXHIBIT A

```
Printed At: 25-NOV-2002 12:22 pm          CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD              Page: 2  Continued

Name: MCKINNON, JAMES L         Sex: Male     DOB: 09-NOV-1961   Age: 41 Years    Weight: 0.000                    Room/Bed: 136I
IM#: I00100770                                Dr.                                                                  Admit Date: 07-JUN-2001
Reason for Visit: No Reason Entered
Allergies: nkda.

DOSE PERIOD: 01-DEC-2002 TO 31-DEC-2002
```

Medications (MAR grid, days 1–31):

- MULTIVITAMIN TAB  (Like ONE A DAY GRX)  800
  Dose: 1 TAB   KOP PO QD
  Start: 08-NOV-2002 08:00  Stop: 06-MAY-2003 08:59
  TAKE 1 TABLET BY MOUTH DAILY
  Dr. O'HALLORAN, JAMES

- BASIS SOAP   (Like BASIS SOAP)   800
  Dose: 1 BAR   KOP TOP QD
  Start: 21-NOV-2002 08:00  Stop: 19-MAY-2003 08:59
  USE AS DIRECTED / EXTERNAL USE ONLY
  REFILL ON REQUEST ONLY / MAX ISSUE 1/MONTH
  Dr. O'HALLORAN, JAMES

- ACETAMINOPHEN 325MG BOT #24  (Like TYLENOL 325MG GRX) (PRN)
  Dose: 650 MG   KOP PO Q6P
  Start: 30-MAY-2002 01:54  Stop: 25-NOV-2002 22:44
  TAKE 2 TABLETS EVERY 6 HOURS AS NEEDED.
  BTL OF 24, REFILL ON REQUEST ONLY.
  Dr. O'HALLORAN, JAMES

- CLONIDINE 0.2MG TAB   (Like CATAPRES GRX) (PRN)
  Dose: 0.2MG (BULK#30)   DOT PO Q6P
  Start: 01-NOV-2002 06:00  Stop: 01-DEC-2002 05:59
  TAKE 1 TABLET EVERY 6 HOURS AS NEEDED
  BULK DISP #30/ DO NOT SELF ADMINISTER
  Dr. Thankappan, Kunjathan

CRUSH ALL PSYCH MEDS

Name: MCKINNON, JAMES L      IM#: I00100770

7 of 7

# EXHIBIT B

exhibit B



# Inmate Request Form
## Connecticut Department of Correction

**Inmate Name:** James McKinnon  
**Inmate no.:** 100 77...  
**Facility:** Garner  
**Housing unit:** H-Unit 209  
**Date:** 1-15-03

**Request:** Nurse Miss, Iris on 12-18-02 AT 12:00 pm when you came to my cell and ask me what Doctor I needed to see, and I said mr, James O'Halloran. Then you left. I need to know the Person who ask you to tell me why at 2:00 pm The reason I need to see the doctor when

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Submitted to:** Iris Prescott  **Date:** 1-15-03  
**Acted on by:** Iris Prescott

**Action Taken and/or Response**

I was asked by the ID nurse to ask you what the reason was you needed to see the doctor for, and because you did not give a reason, they would not see you until your next scheduled appointment unless it was an emergency.

(continue on back if necessary)

**Response to Inmate Date:** 1-15-03  
**Staff Member Signature:** xIris R. Prescott

9 of 9

EXHIBIT "B"

you Took me in The p-s-w office I had To wate Twenty eight day's for The next oppointment because That one was cancel and my medical need was The medication That stop

11-25-02    and other serous Things.

James Lee McKinnon
100770
H-unit
209

## Certification

I hereby certify that the foregoing was mailed to the defendant attorney of record this **7th** Day of September, 2004

Defendants Individual Capacities

Linda Mesenger, ETAL
Iris Prescott
Helen Dorsey

Richard T. Couture
Assistant Attorney General
110, Sheman Street
Hartford Connecticut
06105

Plaintiff:
By: *James Lee McKinnon*
James Lee McKinnon prose
Corrigan Rodgowski
Correctional Institution
986, Norwich New London Tpk
Uncasville Connecticut
06382