UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:03CV158(JCH)(HBF) |
| VS. | : | |
| | : | |
| LINDA MESSENGER, ET AL. | : | SEPTEMBER 17, 2004 |

**DEFENDANTS' MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT DATED SEPTEMBER 7, 2004**

**I.    INTRODUCTION:**

On September 7, 2004 the plaintiff filed a motion for partial summary judgment. In the affidavit accompanying his motion, the alleges that his Tylenol was discontinued in November, 2002 and that defendants Linda Messenger and Iris Prescott violated his constitutional rights by asking him why he wanted to see the Infectious Disease Specialist in between his regularly scheduled appointments. The defendants filed a motion for summary judgment with accompanying affidavits, exhibits and Local Rule 56(a)1 statement on March 18, 2004. That motion is still pending.

**II.    ARGUMENT:**

In this most recent motion for partial summary judgment, the plaintiff has simply restated some of the allegations contained in his amended complaint. These allegations regarding Tylenol and his request for a special referral to the Infectious Disease Clinic were fully addressed in defendants' motion for summary judgment and accompanying affidavits and exhibits. See, e.g., paras. 19 to 32 and 35 to 40 of defendants' Local Rule 56(a)(1) Statement. As indicated in the various affidavits filed by the defendants, Ms. Messenger and Ms. Prescott were simply complying with established procedure and the responsibilities of their job

assignments when they sought to determine why the plaintiff was requesting an emergency referral to the Infectious Disease Clinic. As for the Tylenol, there is no indication in the record that he spoke to anyone regarding renewing his Tylenol during December, 2002. When he met with Dr. O'Halloran on January 8, 2003, there was no mention of any headache and no request for a renewal of Tylenol.

### III.    CONCLUSION:

For the reasons set forth herein and in the defendants motion for summary judgment, the plaintiff's motion for partial summary judgment dated September 7, 2004 should be denied and the defendants' pending motion for summary judgment should be granted.

```
                              DEFENDANTS,
                              Linda Messenger, et al.

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL



                         BY:_____/s/_____
                              Richard T. Couture
                              Assistant Attorney General
                              110 Sherman Street
                              Hartford, CT  06105
                              Federal Bar No. ct05480
                              E-Mail:  richard.couture@po.state.ct.us
                              Telephone No.: (860) 808-5450
                              Fax No.: (860) 808-5591
```

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 17th day of September, 2004, to:

James McKinnon, Inmate No. 100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT  06382

_____/s/_____
Richard T. Couture
Assistant Attorney General