United States District Court

District of Connecticut

SEP 2 3 2004

FILED
2004 OCT -8 P 3: 23
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon         Civil no. 3:03CV158
   VS.                                (JCH) (HBF)
Linda Mesenger, ETAL
Iris Prescott                September 17, 2004
Helen Dorsey
   Defendants     Individual Capacitites

---

Plaintiff motion to present evidence for Support that would creat a genuine issue of material fact for memorandum of Law of motion for Summay Judgment.

---

1. Plaintiff understand that the court will never weigh the evidence, weigh the evidence or find the facts, however the courts role under Rule 56, is narrowly limited to assessing, the threshold issue of whether a genuine issue exists as to material facts requiring a trial. Please see, ANDERSON V. LIB-EERTY, LOBLY: Inc. 477 U.S. 242, 249,, 106.CT 2505, 2510, 91 L.ED 202 (1986).

2. In this case the plaintiff have presented absolute concerete proof of constitutional as well as state violations.

Plaintiff:
By X James Lee McKinnon
James Lee McKinnon
Corrigan Rodgowski
986, Norwich new London
Uncasville CT 06382

3. On October 24, 2002, The fact defendant Linda Mesenger in Clinical Records Exhibit 'A' amitted that the plaintiff had a doctors scheduled appointment and didn't get to see Dr. James O'Halloran;

4. On October 24, 2002 Plaintiff ask defendant Helen Dorsey on a inmate request that was submitted to Helen Dorsey October 28, 2002, that's in Clinical Records Exhibit 'B' and didn't get to see Dr. O'Halloran.

5. Plaintiff inmate request dated October 24, 2002, is submitted with the complaint as Exhibits that say; on 10, 24, 2002 I had a doctors appointment with Dr. James O'Halloran and I didn't get to see him.

Two inmates from Gulf Block were sent to sick call that day but I was never called. The next day Tony the man nurse asked me to sign a Refusal.

It's the same problem I'm having again with nurse Linda. I know this because when I was with my P.S.W. on 10-23-02 she told me my medical file was down medical.

Since Linda Mesenger is the I-D nurse who worked at medical that day she is the one who would have called the block to send the list of inmate's for sick call. I really needed to go to medical because of me eye. Also Exhibit 'C' I was in the medical book for a doctors appointment since October 9, 2002.

By James McK_
James McKinnon

9. Plaintiff has assistance with just this copies of Exhibit's for defendants attorney of record, I have informed medical personal that I have a need to maintain my medical confidentiality.

With a request of additional copies I have out my medical file from Discovery from the attorney general's office.

10. The United States Constitution and the Connecticut Constitution guarantee prisoners access to State and Federal Courts. See <u>Bonds v. smith</u> 430 U.S. 817, 821 (1977) see also Conn. Const. Art. 1, § 10. This means that a prisoners must not be deprived of anything that is necessary to give them a reasonably rights to adequate opportunity to present claimed violations of fundamental rights to the court, see <u>Bond v. Smith</u>, 430 U.S. 817, 825 (1977). Prison officials must assist inmates in the preparation and <u>filing</u> of meaningful legal papers by providing prisoners with adequate assistance, see Id. at 828. Medical has failure to provide adequate legal copies, She has hindered my efforts to pursue this legal claim, for example by preventing the inmate from meeting a filing deadline. See <u>Lewis v. Casey</u> 116 S.CT 2174 (1996) Quoting <u>Bonds v. Smith</u> 430 U.S. 817 (1977)

Plaintiff is a indigent inmate and must be provided at state expense.
medical Records mary Sullivan staff

Plaintiff
By× James McK——
James McKinnon


HR401-REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

# CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100770 | 11-9-61 |

INMATE NAME (LAST, FIRST, INITIAL): McKinnon, James
SEX: M  RACE/ETHNIC: B  FACILITY: 6 CJ

| DATE/TIME | |
|---|---|
| 10/21/02 MH CSWII 10:30am | S- Inmate requested to talk to MH. Inmate seen 1:1. Inmate in good spirits; discussed difficulties with various staff members so was written requests to deal with his needs. Inmate questioned notes in his mental health chart, & was advised to write to "Medical Records" if he wanted to get information from his chart. Inmate expressed positive feelings about getting a cellie, looking forward to some company and chess games. O- Talkative, appropriate affect, upbeat. A- Stable. P- Follow up 1:1 one month or as needed. ──── J. Polzin, CSWII |
| 10-24-02 | I/M called to OPM for ID physical - I/M was no show ──── [signature] |
| 10/28/02 Nrg ID | (10⁰⁵) I/M had labs drawn today. Scheduled for ID clinic 10/30/02. I/M to have ID physical done today (I/M has been at the MSCC back for a physical since 10/9/02). I/M continues to be demanding R/T warden. Nurse will continue to monitor. [signature] |
| 10-28-02 10:15 | ID-PE done   MINGZER TUNG, M.D. (exam) not required PE   MINGZER TUNG, M.D. Not of his mind, ID-PE done VS T 99.5, P 97, R 24, B/P 140/106, O₂ SAT 99% ──── C. Vincent |
| add: | I/M was very angry prior to vitals being taken. Very resistant to have physical performed by M.D. Monitoring. C. Vincent |
| 10/30/02 Nrg ID | (10:25) Lab work placed in chart |

Exhibit 'B' James McKinnon



# Inmate Request Form
**Connecticut Department of Correction**

CN 9602
Rev. 1/8/02

**Inmate Name:** James McKinnon
**Inmate no.:** 100770
**Facility:** Garner
**Housing unit:** G-118
**Date:** 10-24-02

**Request:** ON 10 24, I had a doctor's appointment with DR. James O'Halloran and I didn't get to see him. Two inmates from Gulf block were sent to sick call that day but I was never called. The next day Tony, the nurse, asked me to sign a refusal. It's the same problem I'm having again with Linda the nurse. I know this because when I was with my
*(continue on back if necessary)*

**Previous Action Taken**

*(continue on back if necessary)*

**Submitted to:** Helen Dorsey
**Date:** 10/28/02    Exhibit B

**Acted on by:**

**Action Taken and/or Response**

Palmer

*(continue on back if necessary)*

**Response to Inmate Date**

**Staff Member Signature**



Exhibit "D" James McKinney

HR401 REV.5/94
**CONNECTICUT DEPARTMENT OF CORRECTION**

## CLINICAL RECORD

INMATE NUMBER: 100770
DATE OF BIRTH: 1/9/6-
INMATE NAME (LAST, FIRST, INITIAL): McKinney, James
SEX: M
RACE/ETHNIC: B
FACILITY: Garner C.I.

| DATE/TIME | |
|---|---|
| 1/27/03 10:10a MsgID ID | U.A. results placed in chart. CDiff results did not arrive. Fax sent to lab for results. Will continue to monitor. |
| 2/4/03 9pm | S: "I need maalox. I can't take these meds ā maalox. I get me an upset stomach." O: Inmate c/o indigestion c̄ am meds. Inmate very "demanding" and adamant. Refused 8pm meds ā maalox. A: Non-comp. r/t indigestion P: MD called; telephone order received to give inmate maalox 30 cc's c̄ am meds. Inmate to be called to office. a/m |
| 9:15pm | Inmate given maalox c̄ am meds. a/m |
| 2-10-03 14:00 | S: "I've this on my (L) upper eyelid." O: pt c̄ sm scar, firm, non-tender round mass = 0.4cm at ctr of (L) upper eyelid. p/w no ∆ in V. A: ① r/o chalazion ② h/o HIV(+) P: Erythromycin opth oint BID OS x 10 day KZC |

MINGZER TUNG, M.D.

| 2/13/03 2:15pm | S: "Hey. This isn't working my eye hurts - look at it. This is an emergency. I need to see the dr." O: Inmate presents c̄ wd window c̄ (L) eyelid almost closed. Had erythromycin opth. oint. in his hand stating it wasn't working. Inmate was seen @ MDSC on 2/10/03 & received Erythromycin opth oint to place under (L) eyelid BID but inmate states (cont) |

# Certification

I hereby certify that the foregoing was mailed to the defendant attorney of record this **17Th** Day of September 2004,

Defendants Individual Capacities

Linda Mesenger; ETAL
Iris Prescott
Helen Dorsey

Richard T. Couture
Assistant Attorney General
110, Sheman Street
Hartford CT
      06105

*[signature]*

**Plaintiff:**
By: *[signature]* James Lee McK—
James Lee McKinnon prose
Corrigan Rodgowski
Corretional Institition
986, Norwich New London Tpk
Uncasville CT 06382