United States District Court

District of Connecticut

2004 OCT 18 P 4: 48

James McKinnon      Civil no 3.'03CV158

VS                  (JCH) (HBF)

Linda Messenger, ETAL      October 8, 2004
Iris Prescott
Helen Dorsey
Defendants          Individual Capacity

## Plaintiff moves for Appointment of Counsel motion.

The plaintiff respectfully seeks the Court to Appointment of Counsel Pro Bono in this case Pursuant 28 U.S.C. § 1915(d), And 42 of the United States Code § 1988 (1999) And Conn Gen Stat § 52-400 For the following reasons the court should Consider Appointment of Counsel.

1. The plaintiff James McKinnon who is currently being held AT C.R.C.I. has been granted the request To proceed without prepayment of fee-or costs under 28-U.S.C.§ 1915. Were this case civil complaint clearly established defendats Acted uder color of Low and deproved the plaintiff of federal (guarantee) rights. Citing Berg v. County of Allegheny 219 F.3d 261 (3d Con 200).

1 of 5            By James McK
                  James McKinnon

2. The court Should Consider plaintiff unable to employee Counsel pursuant 28 U.S.C. § 1915(d), for requesting Counsel represcntation. citing Bond v. Smith, 430 U.S. 817, 97 ScT. 1991 (1977), and Tand v. Hutto, 467 F. Supp. 562 (E.D. VA. 1979).

3. The Court Should Consider Also appointment of Counsel where Counsel is able to explain the Applicable legal principles to the Complainant and limit litigation to potentially meritorious issues. In adition, Appointment of Counsel provides the unletteneed plaintiff with an opportunity to obtain the repesentation equally qualified with the professional Counsel usually provided by the States for the defendants. citing wright v. Dallas County STTeriffs-Dept. 660 F.2d (1981), quoting Kinghton v. walkins, 616 F.2d 759 (5th con. 1980).

4. The Court Should Consider appointing Counsel in this case do to the plaintiff Mental Health Statuts which is relevant AT All Times to this Action see (DKT. nos 53,60) Citing Hamiltion v. Leavy, 117 F.3d 742, 749 (1997).

5. The court Should Consider appointment of Counsel in this case were the plaintiff is unable to present the case do to the lacking of legal materials, and

By x /s/ James McKinnon
James McKinnon pro se

6. Jail house Lawyer Assistance. The plaintiff has no law school education and legal issues are to complex to litigate himself nor does the Dept. of Corrections provides adequate law libaray containing upto date materials for Shepherdicing this This case. citing <u>YouwGER V. Gilmore</u>, you U.S. 15 (1971), which prejudice obstructs the plaintiff position to investigate the crucial facts needed to prove the claims. citing <u>Murrell V. Bennett</u>, 615 F.2d 306, 311 (1980).

## Legal Grounds

7. This motion is filed pursuant to Civil Rights Acts 42 U.S.C. § 1983, 28 U.S.C. § 1915(d) citing <u>HODGE V. Police officers</u>, 802 F.2d 58, 61 (2d Cir 1986) cent devied, 502 U.S. 996 (1991); <u>Tabrone V. Grace</u> 6.F.3d 145, 155-58 (1993); 43 U.S.C. § 1988 (1994) <u>Bound V. Smith</u>, 430 U.S. 817, 97 S.CT 1491 (1977), And Conn Gen Stat § 52-400c, where exceptional circomstances for appointment Pro Bono Counsel reasonably demostrted and appropriate for the plaintiff justifying merits in this case colaroble for the court to Grant this motion in Appoint Counsel.

By x *James McKinne*
James McKinnon

# EXHIBIT D

Exhibit 'D' James McKin

## NOTICE OF MENTAL HEALTH SCORE CHANGE

## GARNER C.I.

INMATE __McKinnon, James__ # __100770__ has been recommended for reclassification by the treatment team from a

M.H. __4__ to __3P__.

Team Member Signature: _____

Psychiatrist Approval: _____

M.H. Supervisor Review: _____ 2/24/03

original:   inmate record
cc:        classification counselor

Instructions:

1. To be completed when Mental Health Classification score is in need of revision (raised or lowered).

2. Signatures shall be obtained in sequence.

3. M.H. Supervisor or designee will submit copy to classification counselor or counselor supervisor for computer entry.

4. Original to be placed in inmate record once all signatures obtained.

1/97
TJB/hl
C:\OFFICE\WPWIN\WPDOCS\MENHLTH\MHSCORCH.WPD

4 of 9

## Certification

I hereby certify That The foregoing was mailed To The defendant aTTorney of record This <u>8Th</u> Day of OcTober, 2004

Defendants   Individual   CapaciTiTes

Linda mesenger ET,AL
Iris PrescoTT
Helen Dorsey
_____

Richard T. CouTure
AssisTanT ATTorney General
110, Sheman STreeT
HarTford ConnecTicuT
            06105

PlainTiff
By: James mcK_____
James mcKinnon prose
Corrigan RodgowskI
CorreTIonal CenTer
986, norwich New London
Uncasville, CT
            06382