# United States District Court
## District of Connecticut

FILED
2004 DEC -2 P 3:51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon       Civil no 3:03CV158
    V.                       (JCH)(HBF)
Linda Mesenger, ETAL
Iris Prescott
Helen Dorsey                November 26, 2004

Defendants Individual Capacity

Plaintiff motion is for a judgment in the above caption case, Respectfully.

1. Plaintiff James McKinnon, prose am writing the court out of good faith concerning the above caption case requesting a judgment from the incident that took place in garner Correctional mental health unit.

Plaintiff
By: /s/ James McKinnon
James McKinnon prose

## Certification

I Plaintiff hereby certify that the foregoing was mailed to the defendants Attorney of record, Also Though This Attachment This claim To be True and To the best of my ability on This 26Th Day of november 2004

Defendants Individual Capacity

Linda Mesenger, ETAL
Iris Prescott
Helen Dorsey

Richard I. Couture
Assist Attorney general
110, Sherman Street
Hartford Connecticut
06105

Plaintiff
By x _James McKinnon_
James McKinnon prose
Corrigan Rodgowski
986, Norwich New London
Uncasvill Connecticut
06382