UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER<br>CIVIL NO. 3:03CV158 (JCH)(HBF) |
| v. | : | |
| LINDA MESSENGER, ET AL. | : | DECEMBER 14, 2004 |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S
## MOTION FOR JUDGMENT DATED NOVEMBER 26, 2004

The plaintiff has filed a one sentence motion requesting judgment "from the incident that took place in Garner Correctional mental health unit."

Presumably the plaintiff is referring to the allegations set forth in his amended complaint. On March 18, 2004, the defendants filed a motion for summary judgment with respect to the amended complaint along with several affidavits and exhibits.

The defendants would agree that this matter has been fully briefed and hereby renew their request that their pending motion for summary judgment be granted.

DEFENDANTS
Linda Messenger, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     /s/
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05480
E-Mail:  richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, this 14th day of December, 2004, to:

James McKinnon, No. 100770
Corrigan-Radgowski Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT  06382

_____/s/_____
Richard T. Couture
Assistant Attorney General