# United States District Court
## District of Connecticut

**FILED**
2004 DEC 22 P 3: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

James McKinnon          Civil no. 3:03CV158
   vs.
Linda Messenger, ETAL          (JCH)(HBF)
Iris Prescott
Helen Dorsey?                  December 17, 2004

Defendants   Individual   Capacity)

Plaintiff Response is to Defendants motion Dated December 14, 2004, Respectfully Also requesting Judgement from the incident took place in Inspection also Affidavit without-side Complaint made in Bad Faith Rule 57,9,

---

1. Plaintiff James McKinnon Prose request was respectfully that this honarable court to review discover Inspection that has a outside confidential inmate Timothy Tetreault 109134 medical Cards, also defendant Linda Messenger affidavit filed march 18, 2004.

2. has a outside Complaint a prisoner Shannon Diskinson case no: 300cv1339 (AHN) from July 24, 2001 at bridport Also Confidential ; Exhibit "1".

Byx James McK
James McKinnon

3. Rule 57,g, Affidavits Made in Bad Faith Should it appear to the satisfaction of the court at any time that any of the affidavits presented pursuant to this rule are presented in bad faith or solely for the purpose of delay, the court shall forthwith order the party employing them to pay to the other party the amount of the reasonabe expenses which the filing of the affidavits caused the other party to incur, including reasonable attorney's fees, and any offending party or attorney may be adjudged guilty of contempt.

4. For all the reason the plaintiff respectfully request that this motion to be granted and that Summary be granted in faver of the plaintiff and relief given as required.

5. For all reason the court should grant plaintiff motion and order to pay the amount of reasonable expense incurred because of the violation and attarney fees in the amount of $ 10.000,00 Dollar.

Plaintiff
By x James McK
James McKinnon

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendant attorney of record this December 17, 2004.

Individual Capacity Defendants

Linda Messenger, ETAL
Iris Prescott
Helen Dorsey

---

Richard T. Couture
Assistant Attorney general
110, Sherman Street
Hartford Connecticut
06105

Plaintiff
By x /s/ James McK
James McKinnon
Corrigan Rodgowski
Correctional Center
986, Norwich new
London Turnpike
Uncasville CT
06382

Exhibit "A" James McEnroe

Printed At: 22-DEC-2003 09:31 am                                                                      Page: 1 end of patient

**CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD**

Name: TETREAULT, TIMOTHY          Sex: Male            DOB: 25-FEB-1960                     Room/Bed: 140D
MR#: I00109134                                          Dr.                                  Admit Date: 07-AUG-2003
Reason for Visit: No Reason Entered                     Age: 43 Years       Weight: 0.000
Allergies: penicillin.

USE PERIOD: 01-JAN-2004 TO 31-JAN-2004

| Medication | | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RANITIDINE 150MG TAB  (Like ZANTAC (RX)) | None | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX |
| Dose: 150 MG / 1 TAB    KOP PO BID | | | | | | | | | | | | | | | | | |
| Start: 31-OCT-2003 20:00  Stop: 27-DEC-2003 11:59 | | | | | | | | | | | | | | | | | |
| TAKE 1 TABLET BY MOUTH TWICE DAILY. | | | | | | | | | | | | | | | | | |
| Dr: Chouhan, Ganpat | | | | | | | | | | | | | | | | | |
| ALBUTEROL INH, 17GM   (Like VENTOLIN equiv.) | PRN | | | | | | | | | | | | | | | | |
| Dose: 2 PUFF   KOP PO Q4-6H PRN | | | | | | | | | | | | | | | | | |
| Start: 11-AUG-2003 08:00  Stop: 05-FEB-2004 06:59 | | | | | | | | | | | | | | | | | |
| INHALE 2 PUFFS EVERY 4 TO 6 HOURS AS NEEDED | | | | | | | | | | | | | | | | | |
| SHAKE WELL - REFILL ON REQUEST ONLY | | | | | | | | | | | | | | | | | |
| Dr: Chouhan, Ganpat | | | | | | | | | | | | | | | | | |

Hep B Vac 1ml IM
now / 1mo / 6mo.

People ct 8/29/03 - 2/29/04

Zantac 150mg po bid
x 60 days

Prednisone 40mg PO
QD

Name: TETREAULT, TIMOTHY                                                                      IM#: I00109134