UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES MCKINNON

                                                    PRISONER

   V.                           CASE NO. 3:03CV158 (HBF)

LINDA MESENGER, ET AL.


**RULING ON MOTIONS FOR APPOINTMENT OF COUNSEL**

The plaintiff is seeking an appointment of pro bono counsel in this action. For the reasons set forth below, plaintiff's motions are denied.

The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991). In this instance, the plaintiff does not indicate even one attempt made in finding counsel on his own. The possibility that the plaintiff may be able to secure counsel independently precludes appointment of counsel by the court at this time. Any renewal of these motions shall be accompanied by a summary of the plaintiff's attempts to obtain counsel and the reasons why assistance was unavailable.

Accordingly, plaintiff's Motions for Appointment of Counsel [**docs. ## 45, 51**] are **DENIED** without prejudice.

SO ORDERED this 23rd day of February, 2005, at Bridgeport, Connecticut.

                                       _____/s/_____
                                            Holly B. Fitzsimmons
                                   United States Magistrate Judge