UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES MCKINNON

                                  PRISONER
v.                        CASE NO. 3:03cv158 (HBF)

LINDA MESSENGER
IRIS PRESCOTT A/K/A IRIS CARLONE
HELEN DORSEY

J U D G M E N T

This cause came on for consideration on cross-motions for summary judgment before the Honorable Holly B. Fitzsimmons, United States Magistrate Judge.

The Court has considered the motions and all the related papers. On March 11, 2005, the Court filed its Ruling granting defendants' motion and denying plaintiff's motions.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 15th day of March, 2005.

                                                     KEVIN F. ROWE, Clerk

                                                     By /s/ Cynthia Earle

                                                          Cynthia Earle
                                                          Deputy Clerk

Entered on the Docket _____