UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

James McKinnon

v.

Linda Mesenger, ET AL.

CIVIL CASE NO. 3:03CV158 (JCH)(HBF)

FILED
2005 MAR 24 P 12:51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), James Lee McKinnon hereby gives notice and
   (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order): The clerk was directed to enter judgment in favor of defendants and close this case.

2. The Judgment /Order in this action was entered on February 9, 2005
   (date)

_James Lee McKinnon_
Signature

James McKinnon
Print Name

Garner Correctional Institution
50 Nunnawauk Road P.O. Box 5500
NewTown Connecticut 06470
Address

Date: March 21, 2005

203-270-2868 c-T-o office
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).