CT / New Haven
03-cv-158
pr
HBF

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

JAMES MCKINNON           :       05-1584-pr

v.                       :

LINDA MESENGER, ET AL.   :       DECEMBER 5, 2005

### STIPULATION OF DISMISSAL

Pursuant to Appellate Rule of Procedure 42(b) the parties hereby stipulate to the dismissal of this matter with prejudice and without an award of costs or fees.

DEFENDANTS
Linda Mesenger, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05480
E-mail: richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

_____
PLAINTIFF
James McKinnon, Inmate #100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

SO ORDERED   FEB 24 2006

For the Court:
Roseann B. MacKechnie, Clerk
By: _____
Catherine J. Minuse
Supervisory Staff Attorney

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Certified: FEB 24 2006